Western Division of the United States District Court for the District of Massachusetts

FILED IN CLERKS OFFICE 2017 DEC -4 AM 11: 16 U.S. DISTRICT COURT DISTRICT OF MASS.

CIVIL ACTION NO. 17-cv-30119

ROLANDO PENATE, Plaintiff

v.

SONJA FARAK, et al., Defendants

## DEFENDANT'S ANSWER TO COMPLAINT

### PARTIES

1. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
2. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
3. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
4. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
5. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
6. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
7. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
8. I agree that I am a natural person and a resident of the Commonwealth of Massachusetts, and that between July 2013 and April 2013 was employed as a chemist by the Massachusetts Department of Public Health (DPH) and the MSP.
9. I agree that Sharon Salem was employed as a chemist by the DPH and MSP, but lack the knowledge or information to form a belief about the truth of the remaining allegations in this paragraph.
10. I agree that James Hanchett was employed as a chemist by the DPH and MSP, but lack the knowledge or information to form a belief about the truth of the remaining allegations in this paragraph.
11. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
12. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
13. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
14. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

15. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
16. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
17. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
18. I agree that the City of Springfield is a municipal corporation located within Hampden County, the Commonwealth of Massachusetts, and the United States of America, but lack knowledge or information sufficient to form a belief about the truth of the remaining allegation in this paragraph.
19. I agree with the allegation in this paragraph.

**JURISDICTION**

20. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.
21. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**VENUE**

22. I agree that this action was brought in the Western Division of the United States District Court for the District of Massachusetts for the reasons stated.

**FACTUAL ALLEGATIONS**

A. *Drug Labs Situated Within DPH*

23. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
24. I agree.
25. I agree.
26. I agree that while under DPH, the Amherst and Hinton Drug Labs remained underfunded and understaffed, although I disagree that the labs were unable to adequately fulfill their mission of delivering forensic analysis of samples submitted by law enforcement agencies (though not necessarily in a timely fashion).
27. I agree that analysts at both labs were required to perform a series of preliminary tests followed by confirmatory testing, however I disagree that the preparation of the small portion of the unknown substance always occurred after the preliminary testing was complete.
28. I agree.
29. I agree.
30. I agree that the number of submissions each analyst tested was calculated monthly, however I do not know who produced the spreadsheets.
31. I agree that those numbers played a role in measuring a chemist's productivity, but they were not the only factors to consider while determining productivity.

32. I agree.
33. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

B. *The Deplorable Condition of the Amherst Drug Lab*

34. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
35. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
36. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
37. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
38. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
39. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
40. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
41. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
42. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
43. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
44. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
45. I agree.
46. I agree that chemists were regularly evaluated, but lack knowledge or information sufficient to form a belief about the validity if was under the Human Resources Division EPRS.
47. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
48. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
49. I agree.
50. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
51. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
52. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
53. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
54. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
55. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

56. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
57. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
58. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
59. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
60. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
61. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
62. I agree.
63. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
64. Although I lack knowledge or information sufficient to form a belief as to whom was responsible for denying requests, I do agree that subscriptions were cancelled and requests for new/replacement equipment were denied.

C. *The Beginning of FARAK's Criminal Activity*

65. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
66. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
67. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
68. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
69. I disagree.
70. I agree.
71. I agree.
72. I agree.
73. I agree.
74. I agree.
75. I disagree.
76. I agree.
77. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
78. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
79. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
80. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
81. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

82. I agree that I began stealing and using the lab's supply of methamphetamine oil, but I do not recall if it started in late 2004 or early 2005, so I cannot agree with the year stated.
83. I disagree.
84. I agree.
85. I agree.
86. I agree.
87. I agree.
88. I agree.
89. I disagree.
90. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
91. I disagree.
92. I disagree.

D. *Amherst's Inflated Output*

93. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
94. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
95. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
96. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
97. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
98. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
99. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
100. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
101. I agree.
102. I agree.
103. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
104. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
105. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
106. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
107. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
108. I disagree.
109. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

E.  *The SPD Investigation and Submission of Substances to the Amherst Drug Lab*

110. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
111. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
112. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
113. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
114. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
115. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
116. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
117. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
118. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
119. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
120. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
121. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
122. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
123. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
124. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
125. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
126. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
127. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
128. I agree.
129. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
130. I agree.
131. I agree that the allegations in this paragraph were sometimes, but not always, true.
132. I disagree as to whether there was a 'scheme'.
133. I disagree.
134. I disagree.

F. *FARAK's Drug Abuse During the Testing Process*

   135. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   136. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   137. I disagree.
   138. I disagree.
   139. I agree.
   140. I disagree that the allegations in this paragraph were always true.
   141. I disagree.
   142. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   143. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   144. I agree that I was receiving treatment at ServiceNet, however it was not specifically for drug addiction.
   145. I agree.
   146. I agree.
   147. I agree.
   148. I agree that I spent the morning smoking crack, but lack knowledge or information to form a belief as to whether that was the actual day I tested the Plaintiff's samples, or if it was the date I reported the results of the testing.
   149. I disagree.
   150. I agree.
   151. I disagree.

G. *Plaintiff's Indictment and Arraignment*

   152. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   153. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   154. I agree.
   155. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   156. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   157. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   158. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   159. I disagree.
   160. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   161. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

162. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
163. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
164. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

H. *The End of HAN and NASSIF's DPH Employment*

165. I agree.
166. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
167. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
168. I agree.
169. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
170. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

I. *Withholding Evidence of Criminal Activity and Misrepresenting Lab Practices*

171. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
172. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
173. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
174. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
175. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
176. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
177. I agree that I prepared a Discovery packet, but do not remember the date that it was sent.
178. I disagree that I falsely claimed anything.
179. I disagree as there was no policy to withhold information – we accurately reported that the lab was not accredited, and that the actual testing procedures were the same as those recommended by SWGDRUG.
180. I agree.
181. I agree.
182. I agree.
183. I agree.
184. I agree.
185. I agree.
186. I agree.
187. I agree that I feigned ignorance, but have no knowledge as to what Hanchett ultimately decided to believe.

*J.  The Beginning of the FARAK Criminal Investigation*

    188. I agree.
    189. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    190. I agree.
    191. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    192. I agree.
    193. I agree.
    194. I agree.
    195. I agree that I did not admit to any wrongdoing.
    196. I agree.
    197. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    198. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

*K.  The Search of FARAK's Car and Discovery of the ServiceNet Diary Card*

    199. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    200. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    201. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    202. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    203. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    204. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

*L.  The Mischaracterization of Mental Health Worksheets as "Assorted Lab Paperwork"*

    205. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    206. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    207. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    208. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    209. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
    210. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

211. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

M. *Artificially Limiting the Scope of the FARAK Investigation*

212. I agree.
213. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
214. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
215. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
216. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
217. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
218. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
219. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

N. *Emailing FARAK's Mental Health Worksheets*

220. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
221. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
222. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
223. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
224. I agree that that was stated on a diary card, but I do not know if it was on the diary card in question (that Ballou allegedly kept from Kaczmarek)

O. *Advocating Against a Broader Investigation at the Amherst Drug Lab*

225. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
226. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
227. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
228. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
229. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
230. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

231. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

P. *The Non-Disclosure of FARAK's Mental Health Worksheets to District Attorneys*

232. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
233. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
234. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
235. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
236. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
237. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
238. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
239. I agree.

Q. *Plaintiff's Motion to Dismiss*

240. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
241. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
242. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
243. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
244. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
245. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
246. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

R. *Plaintiff's Subpoenas to KACZMAREK and BALLOU*

247. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
248. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
249. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
250. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

S. *The AGO's Response to a Second BALLOU Subpoena*

251. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
252. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
253. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
254. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
255. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
256. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
257. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
258. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
259. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
260. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
261. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
262. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
263. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
264. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
265. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
266. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
267. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
268. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
269. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
270. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
271. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
272. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
273. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

274. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
275. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
276. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
277. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

T. *Plaintiff's Motion for Third Party Records*

278. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
279. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
280. I agree.
281. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
282. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
283. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
284. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
285. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

U. *The Evidentiary Hearing*

286. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
287. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
288. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
289. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
290. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
291. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
292. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
293. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
294. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

V. *Responding to the Order for an In Camera Review*

   295. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   296. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   297. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   298. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   299. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   300. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   301. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   302. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   303. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   304. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   305. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   306. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   307. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   308. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny

W. *Plaintiff's Efforts to Inspect the Evidence and Obtain Third Party Records*

   309. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   310. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   311. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   312. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   313. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   314. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
   315. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

316. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
317. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
318. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
319. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
320. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
321. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
322. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
323. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
324. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
325. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
326. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
327. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
328. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
329. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
330. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
331. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
332. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
333. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
334. I disagree that ServiceNet records would have shown "daily misconduct by Farak for close to a decade."
335. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
336. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
337. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
338. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
339. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

340. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

X. *The Denial of Plaintiff's Motion to Dismiss and Allowance of Motions Precluding the Introduction of Farak's Misconduct at Plaintiff's Trial*

341. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
342. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
343. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
344. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
345. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
346. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
347. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
348. I disagree
349. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
350. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
351. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

Y. *The Withholding of Exculpatory Evidence Regarding Burnham's Criminal Activity*

352. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
353. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
354. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
355. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
356. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
357. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
358. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
359. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
360. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

361. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
362. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
363. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
364. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
365. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
366. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
367. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
368. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
369. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
370. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
371. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
372. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
373. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
374. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

Z. *Plaintiff's Conviction and State Prison Sentence*

375. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
376. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
377. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
378. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
379. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
380. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

AA. *Revelations Regarding the Mental Health Worksheets, Burnham's Criminal Activity and Plaintiff's Post-Conviction Relief*

381. I agree.

382. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
383. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
384. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
385. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
386. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
387. I agree.
388. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
389. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
390. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
391. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
392. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
393. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
394. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.
395. I agree.
396. I agree.
397. I lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, thus deny.

**COUNT I**

398. I disagree that every allegation in paragraphs 1 through 397 are true and accurate.
399. I disagree with this allegation.
400. I disagree with this allegation.
401. I disagree with this allegation.
402. I disagree with this allegation.
403. I disagree with this allegation.
404. I disagree with this allegation.
405. I disagree with this allegation.
406. I disagree with this allegation.
407. I disagree with this allegation.
408. I disagree with this allegation.

**COUNTS II through VII**

409 through 461. These counts pertain to the other defendants in this case and not myself, and I have no firsthand knowledge of the validity of these allegations, thus deny.

**COUNT VIII**

462. I disagree that every allegation in paragraphs 1 through 397 are accurate and correct.
463. I disagree with this allegation.
464. I disagree with this allegation.

The remainder of the Complaint contains Plaintiff's prayer for relief, to which no response is required. To the extent a response is viewed necessary, I deny the allegations in Plaintiff's prayer for relief and deem that the Plaintiff is not entitled to any relief in this action on my part.

Respectfully,

_____      11-30-17
Sonja Farak                    Date
P.O. Box 162
62 Main St., Building 6, #2
Hatfield, MA 01038