# EXHIBIT 6

```
 1                                    Volume:
                                      Pages: 1-22
 2                                    Exhibits:

 3                  COMMONWEALTH OF MASSACHUSETTS
        Hampden, ss.              Superior Court Department
 4                                OF THE TRIAL COURT


 5
         * * * * * * * * * * * * * * * * * *
 6      COMMONWEALTH OF MASSACHUSETTS,     *
                                           *
 7      v.                                 * Docket No.2012-83
                                           *
 8                                         *
                                           *
 9      ROLANDO PENATE,                    *
                     Defendant             *
10       * * * * * * * * * * * * * * * * * *


11
                      JURY TRIAL HELD BEFORE
12                    THE HONORABLE TINA PAGE


13
        APPEARANCES:
14
        For the Commonwealth:
15      Hampden County District Attorney's Office
        50 State Street
16      Springfield, Massachusetts  01103
        By: Eduardo Velazquez, Assistant District Attorney
17
        For the Defendant Penate
18      Luke Ryan, Esquire
        Committee for Public Counsel Services
19      Northampton, Massachusetts 01060
        By: Luke Ryan, Esquire
20


21

22                                   Springfield, Massachusetts
                                     Courtroom 6
23                                   December 13, 2013

24                        Patricia A. Flaherty
                          Official Court Reporter
25
```

1                    I N D E X

2                                               PAGE:

3    Jury Arrives...                             3

4    Jury Dismissed to deliberate...             3

5    Two Notes Received from the Jury...         4

6    Note Received from the Jury...              6

7    Re-instruction of Webster Charge...         9

8    Note Received from the Jury...              13

9    The Verdicts...                             17

10

11

12

     EXHIBITS:
13
     Exhibit N for ID -- Note from Jury...           Page 4
14
     Exhibit O for ID -- Note From Jury...           Page 4
15
     Exhibit P for ID -- Note to the Jury...         Page 6
16
     Exhibit R for ID -- Note From Jury...           Page 13
17

18

19

20

21

22

23

24

25

1  (Court in session
   December 13, 2013, 9:15 a.m.
2  Honorable Tina Page)

3

4       (The following proceedings are being interpreted by

5  a Certified Spanish Interpreter).

6       THE CLERK: We are on the record in the case of

7  Commonwealth versus Rolando Penate, Indictment 2012-83,

8  Attorneys Velazquez and Ryan.

9       THE COURT:  I will the have the jury brought in.

10                  (The jury arrives).

11      THE COURT:  Good morning, ladies and gentlemen.

12      MR. RYAN:  Good morning.

13      THE COURT:  I hope all of you got a good night's

14  rest.  Now, not including your deliberations which began

15  yesterday, have any of you discussed the case outside of

16  this court room, seen, heard or read anything about the

17  case, done any independent research or taken any

18  independent views to the areas discussed during the

19  trial?  Is there anything that needs to be brought to my

20  attention before you begin your deliberations?

21      For the  record there are no affirmative responses

22  to any of the questions asked by the court.

23      Ladies and gentlemen, you may resume your

24  deliberations and the exhibits will be brought into you

25  shortly.  Thank you very much.

1        (The jury is excused to resume deliberations).

2                (Court adjourns momentarily).

3        THE COURT:  I have received two additional notes

4   from the jurors.  One I left in my lobby but I can tell

5   you what it is.  It is the jury wants to be

6   re-instructed on reasonable doubt and possession with

7   the intent to distribute and distribution.  This is the

8   Rolando Penate.  They didn't state it in that order.

9   "We would like an explanation on distribution,

10  possession and reasonable doubt," all right, and that

11  was signed by the foreperson and it is "N" for ID.  The

12  second note I received reads as follows:

13       "Can we turn the cell phone on?"  I will do the

14  easy one first, which is no.  And so with respect to the

15  first note, I didn't instruct on possession.  I

16  instructed on possession with intent, but possession is

17  included in the instructions, so I'm not clear as to

18  whether they want an instruction on possession, actual

19  and constructive possession, or the entire instruction

20  which takes us back to the crime alleged in the

21  indictment, and maybe I should ask them.  But it seems

22  to me I can't pull out just the definition of possession

23  from possession with intent.  I will hear from you,

24  Mr. Velazquez.

25       MR. VELAZQUEZ:  Your Honor, I agree with the court

1    that it is unclear based on the way the question is

2    posed, and in your position, I would probably ask them

3    as well.

4         THE COURT:  Okay.

5         MR. RYAN:  I don't see any harm in asking, but my

6    reading of it is that they were asking just about the

7    discrete element of possession which encompasses both

8    actual and constructive.

9         THE COURT:  Do you know what I think I will do,

10   because I will tell them I'm not clear with respect to

11   their request, but I will instruct them on possession

12   with intent.

13        MR. RYAN:  My view on that is I don't think they

14   were asking about intent, and I think that whole count

15   has both the elements of what a controlled substance is.

16   I don't think they are seeking clarity on that.  It

17   seems to me their question is about what possession

18   entails and what distribution entails.

19        THE COURT:  Do you agree?

20        MR. VELAZQUEZ:  I agree.

21        THE COURT:  All right.

22        Okay, so my note to the foreperson is, "Do you need

23   clarification of the definition of possession with

24   intent, or possession," and I just put a response with,

25   "Let me know what it is."

1          Are you satisfied with that note?

2          MR. VELAZQUEZ:  Yes, Your Honor.

3          MR. RYAN:  I'm satisfied.

4

5  (Exhibits N and O for ID -- Two Notes from the Jury,

6  marked for identification).

7

8  (The court officer brings note to the jury).

9  (Court officer brings note from the jury to the

10     Judge).

11      THE COURT:  Okay.  The note reads, "I have read

12  over our notes and reasonable doubt is what we need

13  clarification of," okay.  That is the response to my

14  note.  So my note to the jurors will be marked as "P"

15  for ID and the response, and please feel free to look at

16  them.  So are we ready?  Did you want to say something,

17  Mr. Velazquez?

18      MR. VELAZQUEZ:  No, Your Honor, I do not.

19

20  (Exhibit P and Q for ID -- Notes to the Jury, marked for

21  identification).

22

23          (The jury arrives at 10:30 a.m.).

24      THE COURT:  All right, ladies and gentlemen,

25  initially you asked for explanation on distribution,

1  possession and reasonable doubt, and it wasn't clear to

2  me as to whether you wanted the entire instruction

3  re-read to you, but my understanding is now that you

4  just want to be reinstructed on reasonable doubt, is

5  that correct?

6      THE JURY: Yes.

7      THE COURT:  All right, and I will do that.  The

8  other question I have received from you is, "Can we turn

9  the cell phone on?"  No, okay.  I'm sorry, but we cannot

10  permit the jurors to have access to cell phones or the

11  internet or any of those types of devices during your

12  deliberations.

13      A JUROR:  Can I ask you a question.

14      THE COURT:  All right.  Why don't you speak to the

15  court officer, okay.  Does anybody have a spouse who is

16  with a child or anything like that?

17      A JUROR:  We are talking about the cell phone in

18  the case.

19      ANOTHER JUROR: Yes, the evidence, not our personal

20  cell phones.

21      THE COURT:  Thank you. I apologize.  I thought

22  somebody wanted to turn on their cell phone.  May I see

23  counsel at side bar?

24  (Off record discussion with counsel at side bar).

25      THE COURT:  Did it ever occur to you that it was

1   that phone?

2        MR. VELAZQUEZ:  It didn't.

3        THE COURT:  Did it occur to you?

4        MR. RYAN:   No.

5        THE COURT:  I thought they were talking about

6   personal cell phones.  Do you want to be heard?

7        MR. VELAZQUEZ: I think your answer still would be

8   no.

9        THE COURT:  All right, because it has never been

10  turned on.

11  (End of off record conference at side bar).

12        THE COURT: So thank you for that explanation as to

13  answering the phone, okay.  It wasn't turned on during

14  the course of the trial so it was admitted into evidence

15  as is, so please do not turn the cell phone on, all

16  right.

17        Now, I am going to reinstruct you on the definition

18  of beyond a reasonable doubt.

19

20

21

22

23

24

25

1                      RE-INSTRUCTION

2    BY THE COURT

3        And you remember that this is a definition that was

4    developed in the case called Commonwealth versus Webster

5    in 1850, and I am going to read it in its modern syntax.

6        The burden is on the Commonwealth to prove beyond a

7    reasonable doubt that the Defendant is guilty of the

8    charge made against him.  What is proof beyond a

9    reasonable doubt?  The term is often used and probably

10   pretty well understood, though it is not easily defined.

11       Proof beyond a reasonable doubt does not mean proof

12   beyond all possible doubt for everything in the lives of

13   human beings is open to some possible or imaginary

14   doubt.  A charge is proved beyond a reasonable doubt if

15   after you have compared and considered all the evidence,

16   you have in your minds an abiding conviction to a moral

17   certainty that the charge is true.  I have told you that

18   every person is presumed to be innocent until he is

19   proved guilty, and that the burden of proof is on the

20   Commonwealth. If you evaluate all the evidence and you

21   still have a reasonable doubt remaining, the Defendant

22   is entitled to the benefit of that doubt and must be

23   acquitted.

24       It is not enough for the Commonwealth to establish

25   a probability, even a strong probability that the

1    Defendant is more likely to be guilty than not guilty.

2    That is not enough.  Instead, the evidence must convince

3    you of the Defendant's guilt to a reasonable and moral

4    certainty, a certainty that convinces your understanding

5    and satisfies your reason and judgment as jurors who are

6    sworn to act conscientiously on the evidence.  That is

7    what we mean by proof beyond a reasonable doubt.

8         So that concludes my instruction to you.  Please

9    remember that you must consider all of my instructions

10   as a whole.  The only reason why I re-read that

11   instruction was in response to your request.

12        If I could please see counsel at side bar.

13   (Off record discussion at side bar).

14        THE COURT: Counsel, are you satisfied with my

15   instruction?

16        MR. VELAZQUEZ:  Yes.

17        MR. RYAN:  Defense is satisfied.

18        THE COURT:  All right.

19   {End of off record discussion at side bar).

20        THE COURT:  All right, ladies and gentlemen, you

21   may resume your deliberations.

22         (The jury is excused at 10:37 a.m.)

23        THE COURT: All right. Thank you very much.

24             (Court adjourns momentarily).

25             (Court reconvenes at 12:13 p.m.)

1      THE CLERK:  Back on the record of Commonwealth

2   versus Rolando Penate.  For the record, the interpreter

3   is present.

4      THE COURT: So the jurors have now rested as far as

5   I understand. That is my recollection.  And there were

6   notes sent back and forth throughout during their

7   deliberations yesterday afternoon.  And at one point the

8   court did receive the note indicating that they didn't

9   think they would be able to reach an agreement, and so I

10   instructed them to continue on with their deliberations.

11      Mr. Velazquez did ask me to read the Tuoey

12   Rodriguez charge but I felt it was premature, I felt it

13   was premature.  It is now quarter after twelve and they

14   have been deliberating since 9:30, and they did ask this

15   morning to be instructed on reasonable doubt, which I

16   did do.  And I did not take note of the time but it was

17   maybe elevenish, or maybe even before that, right?

18      MR. VELAZQUEZ:  I believe it was 10:15

19      THE COURT:  So 10:15? Thank you, 10:15, so that is

20   two hours ago.  I am inclined to read the Tuoey

21   Rodriguez instruction at this point.  The case took

22   about a day and a half to try.  It is not a particularly

23   complicated case.  There are interesting issues in the

24   case, but given the length of time that the jury has

25   been deliberating, I can see there where it would be

1   coercive to give a Tuoey Rodriguez instruction.

2   Mr. Velazquez?

3       MR. VELAZQUEZ: Judge, the only thing I can say is

4   at some point I thought they were close because they

5   said they needed ten minutes.

6       THE COURT:  That was yesterday at about five after

7   five, and I don't disagree with that with you. I don't

8   have the notes that were sent from the foreperson before

9   me, but you're right. There was a time when they said

10  they were real close, so that is why I hesitate in doing

11  it and why I wanted to speak with you first. I don't

12  think I have ever sua sponte instructed, given a Tuoey

13  instruction sua sponte.  I have done it but it was as a

14  result of notes being sent to me from the deliberating

15  jurors.  What I could do is the following:  I'll order

16  lunch. I will give you an opportunity to be heard in

17  court. I'll just order lunch and see what happens, okay.

18  Now, Mr. Ryan?

19      MR. RYAN: I'm in favor of ordering the lunch. I

20  think if you get another note, of course, I think Tuoey

21  Rodriguez is appropriate, but I understand why the

22  court's inclination would be a sua sponte instruction of

23  Tuoey Rodriguez because there have been a lot notes

24  coming in, and I think they are doing their work.

25      THE COURT: All right.  So Mr. -- if you would order

1  lunch for the jurors please, okay.  Thank you very much.

2  I will see you later.

3              (Court adjourns at 12:20 p.m.).

4           (Court reconvenes after luncheon recess).

5              THE CLERK: This will be the letter "R" Your

6  Honor, this question.

7

8  (Exhibit R for ID -- Note from the Jury, marked for

9  identification).

10

11      THE COURT: We will wait for the interpreter.

12              (The interpreter arrives).

13      THE COURT:  All right, good afternoon, counsel and

14  Mr. Penate.  I have received another note from the

15  foreperson, and it has been marked as Exhibit R for

16  identification and you are free to read it.

17      "Your Honor, can the testimony of the buy money on

18  Penate be used or was it stricken out?  We are confused

19  on what buy money was used in the testimony, William

20  Cruz or Mr. Penate," and it is signed by the foreperson.

21  Do you want to see it?

22      MR. VELAZQUEZ:  No.

23      MR. RYAN:: No.

24      THE COURT:  I read it as written.

25      MR. VELAZQUEZ: There is two different testimonies

1  about two different buy monies that I recall, but I

2  think it's ultimately resting on their recall.  It is

3  their memory.

4       THE COURT:  Exactly.

5       MR. RYAN::  I would agree with Mr. Velasquez.  You

6  can't give them much guidance.

7       THE COURT: All right. I'm going to have the jurors

8  brought in.

9            (The jury arrives).

10      THE COURT:  Good afternoon, ladies and gentlemen.

11  I have received your note and it reads as follows:

12      "Your Honor, can the testimony of buy money on

13  Penate be used or was it stricken out?  We are confused

14  on what buy money was used in testimony, William Cruz or

15  Mr. Panate.  Thank you".  And it is signed by the

16  foreperson.

17      It is your memory of the testimony that controls.

18  I cannot supplement or supplant any of the evidence that

19  was presented during the course of this trial. You were

20  permitted to take notes and I indicated that you may

21  refer to your notes during the deliberation, but it is

22  your memory of the testimony that was presented during

23  this trial that controls.  And so that is my answer with

24  respect to this question.  Do you need to see me at side

25  bar, counsel.

1        MR. VELAZQUEZ: Yes.

2    (Off record discussion with counsel at side bar).

3        THE COURT:  Yes, Mr. Velazquez.

4        MR. VELAZQUEZ:  Your Honor, I don't know how deeply

5    the testimony goes, but I don't think there was anything

6    stricken.

7        THE COURT: Okay.

8        MR. RYAN:: I am satisfied with it, Judge.  They

9    weren't allowed to put in any.

10        THE COURT: Exactly.

11        MR. VELAZQUEZ: Yes.

12        MR. RYAN::  I don't think --

13        MR. VELAZQUEZ:  You won't say anything with respect

14    to --

15        THE COURT: I'm not saying anything about the

16    evidence that came in or the -- not permitted in.  It is

17    their memory of whatever they remember.  That is what

18    they have to rely on during their deliberations.

19        THE COURT:  All right, ladies and gentlemen, that

20    was my answer to your question, okay.

21        MR. RYAN::  Thank you.

22        THE COURT:  You are welcome.

23            (The jury is excused).

24        THE COURT:  I just want to put on the record it is

25    now twenty-three minutes after, okay.  I'm putting that

1  on the record, so don't be surprised in the event the

2  court comes back on the bench and talks to you in about

3  fifteen or twenty minutes, okay?  MR. RYAN:?

4      MR. RYAN::  Thank you.

5      THE COURT:  You are more than welcome, sir.  Thank

6  you.

7  (End of off record discussion at side bar).

8          (Court adjourns momentarily).

9    (Court reconvenes at 2:30 p.m.-- the jury has a

10     verdict).

11     THE CLERK: Ladies and gentlemen of the jury, please

12  remain standing, the Defendant please remain standing.

13  Madam Forelady, has the jury agreed upon its verdicts.

14     COURT OFFICER: You have to put them in the

15  envelope.

16     (The court officer hands them to the clerk).

17     THE CLERK: Thank you.

18  (The clerk hands verdicts to the Judge. The Judge

19     looks at the verdicts).

20     THE COURT:  Mr. Clerk, you may record the verdicts.

21     THE CLERK:  Madam Foreperson, ladies and gentlemen

22  of the jury, hearken to your verdicts as the court will

23  record them.

24

25

1                    THE VERDICTS

2          THE CLERK: To Indictment 12-83, Count one,

3   Commonwealth versus Rolando Penate charging unlawful

4   possession of a controlled substance with intent to

5   distribute Class B Cocaine, date, November 15th of the

6   year 2011, you the jury find the Defendant not guilty,

7   so say you, Madam Forelady:

8          THE FORELADY:  Yes.

9          THE CLERK: So say all of you ladies and gentlemen

10  of the jury?.

11         THE JURY:  Yes.

12         THE CLERK: And was this verdict unanimous?

13         THE JURY:  Yes.    .

14         THE CLERK: Indictment 12-83, Count Three,

15  Commonwealth versus Rolando Penate, charging unlawful

16  possession of a controlled substance with intent to

17  distribute Class A Heroin, date, November 15th of the

18  year 2011, you the jury find the Defendant not guilty.

19  So say you, Madam Forelady?

20         THE FORELADY:  Yes.

21         THE CLERK:  So say all of you ladies and gentlemen

22  of the jury?

23         THE JURY: Yes.

24         THE CLERK:  Is this verdict unanimous?

25         THE JURY:  Yes.

1          THE CLERK:  Indictment 12-83, Count Five,

2     Commonwealth versus Rolando Penate, charging unlawful

3     distribution of a controlled substance, Class A Heroin,

4     date, November 15th of the year 2011, you the jury find

5     the Defendant guilty.  So say you Madam Forelady?

6          THE FORELADY:  Yes.

7          THE CLERK:  So say all of you ladies and gentlemen

8     of the jury?

9          THE JURY:  Yes.

10          THE CLERK: Is this verdict unanimous?

11          THE JURY:  Yes.

12          THE CLERK: Indictment 2012-83, Count Seven,

13     Commonwealth versus Rolando Penate, charging unlawful

14     distribution of a controlled substance, Class A Heroin,

15     date, November 9th of the year 2011, you the jury find

16     the Defendant not guilty.  So say you, Madam Forelady?

17          THE FORELADY: Yes.

18          THE CLERK: And so say all of you ladies and

19     gentlemen of the jury?

20          THE JURY:  Yes.

21          THE CLERK: Is this verdict unanimous?

22          THE JURY:  Yes.

23          THE CLERK:  Indictment 2012-83, Count Nine,

24     Commonwealth versus Rolando Panate, charging unlawful

25     distribution of a controlled substance, Class A Heroin,

1   date, October 21st of the year 2011, you the jury find

2   the Defendant not guilty.  So say you Madam Forelady?

3        THE FORELADY: Yes.

4        THE CLERK: And so say all of you ladies and

5   gentlemen of the jury?

6        THE JURY:  Yes.

7        THE CLERK:  And is this verdict unanimous?

8        THE JURY: Yes.

9        THE CLERK: You may be seated.

10       THE COURT: All right, before we proceed, I need to

11  see counsel at side bar.

12  (Off record conference with counsel at side bar).

13       THE COURT:  I just want to be assured that your

14  client is not going to proceed on the second offender

15  portion?

16       MR. RYAN::  He is not, Your Honor, and I would

17  request the court if you would entertain a motion with

18  respect to poling the jury.

19       THE COURT:  Your request, for the record, for the

20  court to pole the jury, I will not pole these jurors.

21  As Mr. Ginley was reading each and every count, I

22  watched, and I watched every one of them, and there is

23  no need to pole the jury.

24       MR. RYAN::  Okay.

25       THE COURT:  So I can dismiss this jury, okay.

1    Thank you.

2        THE COURT:  Ladies and gentlemen, I just want to

3    thank you so much for your service in this case.  It is

4    clear to me that you really put every effort into

5    discussing and deliberating the issues that came out

6    during the course of this trial and I honestly

7    appreciate that, and also to the alternates.  So you are

8    dismissed from service.

9        I know this must sound like a lot, but I'm going to

10   ask that you wait for me about three minutes in your

11   deliberation room so I can thank you privately.  I do

12   have good news for you, and that is that you won't be

13   called for jury service for three years, so again thank

14   so very much for your service and I will see you in two

15   or three minutes.

16   (End of off record discussion at side bar).

17       THE COURT:  Mr. Velazquez?

18       MR. VELAZQUEZ:  Your Honor, it is Commonwealth's

19   request that you revoke the Defendant's bail at this

20   point and schedule either a trial on the subsequent

21   portion of the indictment that was a guilty verdict.

22       THE COURT:  Yes.

23       MR. VELAZQUEZ:  Unless counsel is ready to proceed

24   otherwise.

25       MR. RYAN::  No objection for the last case on my

1   client's bail.  If I could have a couple of minutes, I

2   think we could talk about the second offender, Your

3   Honor, the subsequent portion of the indictment.

4        THE COURT:  Do you want to do that today or Monday?

5        MR. RYAN::  I would prefer to come back on Monday

6   for sentencing.

7        THE COURT:  All right, that is fine. So I will

8   revoke the Defendant's bail, and this matter is

9   continued to Monday, December 16th at 9:30.  I have

10  another sentencing before yours but I will take care of

11  it then, okay.  Thank you very much.

12

13              (Court adjourns for the day).

14

15

16

17

18

19

20

21

22

23

24

25

## 0

**01060** [1] - 1:19
**01103** [1] - 1:16

## 1

**1** [1] - 1:1
**10:15** [3] - 11:18, 11:19
**10:30** [1] - 6:23
**10:37** [1] - 10:22
**12-83** [3] - 17:2, 17:14, 18:1
**12:13** [1] - 10:25
**12:20** [1] - 13:3
**13** [2] - 1:23, 3:1
**15th** [3] - 17:5, 17:17, 18:4
**16th** [1] - 21:9
**1850** [1] - 9:5

## 2

**2011** [5] - 17:6, 17:18, 18:4, 18:15, 19:1
**2012-83** [3] - 3:7, 18:12, 18:23
**2013** [2] - 1:23, 3:1
**21st** [1] - 19:1
**2:30** [1] - 16:9

## 3

**3** [2] - 2:3, 2:4

## 5

**50** [1] - 1:15

## 6

**6** [1] - 1:22

## 8

**8** [1] - 2:6

## 9

**9:15** [1] - 3:1
**9:30** [2] - 11:14, 21:9
**9th** [1] - 18:15

## A

**a.m** [2] - 3:1, 10:22
**a.m.)** [1] - 6:23
**abiding** [1] - 9:16
**able** [1] - 11:9
**access** [1] - 7:10

**acquitted** [1] - 9:23
**act** [1] - 10:6
**actual** [2] - 4:18, 5:8
**additional** [1] - 4:3
**adjourns** [5] - 4:2, 10:24, 13:3, 16:8, 21:13
**admitted** [1] - 8:14
**afternoon** [3] - 11:7, 13:13, 14:10
**ago** [1] - 11:20
**agree** [4] - 4:25, 5:19, 5:20, 14:5
**agreed** [1] - 16:13
**agreement** [1] - 11:9
**alleged** [1] - 9:4
**allowed** [1] - 15:9
**alternates** [1] - 20:7
**ANOTHER** [1] - 7:19
**answer** [3] - 8:7, 14:23, 15:20
**answering** [1] - 8:13
**apologize** [1] - 7:21
**aPPEARANCES** [1] - 1:13
**appreciate** [1] - 20:7
**appropriate** [1] - 12:21
**areas** [1] - 3:18
**arrives** [1] - 6:23
**arrives)** [3] - 3:10, 13:12, 14:9
**Arrives..** [1] - 2:3
**Assistant** [1] - 1:16
**assured** [1] - 19:13
**attention** [1] - 3:20
**Attorney** [1] - 1:16
**Attorney's** [1] - 1:15
**Attorneys** [1] - 3:8

## B

**bail** [3] - 20:19, 21:1, 21:8
**bar** [4] - 7:23, 10:12, 14:25, 19:11
**bar)** [8] - 7:24, 8:11, 10:13, 10:19, 15:2, 16:7, 19:12, 20:16
**based** [1] - 5:1
**BEFORE** [1] - 1:11
**began** [1] - 3:14
**begin** [1] - 3:20
**beings** [1] - 9:13
**bench** [1] - 16:2
**benefit** [1] - 9:22
**beyond** [7] - 8:18, 9:6, 9:8, 9:11, 9:12, 9:14, 10:7
**brings** [2] - 6:8, 6:9

**brought** [4] - 3:9, 3:19, 3:24, 14:8
**burden** [2] - 9:6, 9:19
**buy** [5] - 13:17, 13:19, 14:1, 14:12, 14:14
**BY** [1] - 9:2

## C

**cannot** [2] - 7:9, 14:18
**care** [1] - 21:10
**case** [10] - 3:6, 3:15, 3:17, 7:18, 9:4, 11:21, 11:23, 11:24, 20:3, 20:25
**cell** [8] - 4:13, 7:9, 7:10, 7:17, 7:20, 7:22, 8:6, 8:15
**certainty** [3] - 9:17, 10:4
**Certified** [1] - 3:5
**charge** [4] - 9:8, 9:14, 9:17, 11:12
**Charge..** [1] - 2:6
**charging** [5] - 17:3, 17:15, 18:2, 18:13, 18:24
**child** [1] - 7:16
**clarification** [5] - 5:23, 6:13
**clarity** [1] - 5:16
**Class** [5] - 17:5, 17:17, 18:3, 18:14, 18:25
**clear** [4] - 4:17, 5:10, 7:1, 20:4
**CLERK** [22] - 3:6, 11:1, 13:5, 16:11, 16:17, 16:21, 17:2, 17:9, 17:12, 17:14, 17:21, 17:24, 18:1, 18:7, 18:10, 18:12, 18:18, 18:21, 18:23, 19:4, 19:7, 19:9
**clerk** [2] - 16:18, 16:20
**clerk)** [1] - 16:16
**client** [1] - 19:14
**client's** [1] - 21:1
**close** [2] - 12:4, 12:10
**Cocaine** [1] - 17:5
**coercive** [1] - 12:1
**coming** [1] - 12:24
**Committee** [1] - 1:18
**COMMONWEALTH** [2] - 1:3, 1:6
**Commonwealth** [12] - 1:14, 3:7, 9:4, 9:6, 9:20, 9:24, 11:1, 17:3, 17:15, 18:2, 18:13, 18:24

**Commonwealth's** [1] - 20:18
**compared** [1] - 9:15
**complicated** [1] - 11:23
**concludes** [1] - 10:8
**conference** [2] - 8:11, 19:12
**confused** [2] - 13:18, 14:13
**conscientiously** [1] - 10:6
**consider** [1] - 10:9
**considered** [1] - 9:15
**constructive** [2] - 4:19, 5:8
**continue** [1] - 11:10
**continued** [1] - 21:9
**controlled** [6] - 5:15, 17:4, 17:16, 18:3, 18:14, 18:25
**controls** [2] - 14:17, 14:23
**conviction** [1] - 9:16
**convince** [1] - 10:2
**convinces** [1] - 10:4
**correct** [1] - 7:5
**Counsel** [1] - 1:18
**counsel** [10] - 7:23, 7:24, 10:12, 10:14, 13:13, 14:25, 15:2, 19:11, 19:12, 20:23
**Count** [5] - 17:2, 17:14, 18:1, 18:12, 18:23
**count** [2] - 5:14, 19:21
**County** [1] - 1:15
**couple** [1] - 21:1
**course** [4] - 8:14, 12:20, 14:19, 20:6
**Court** [11] - 1:3, 1:24, 3:1, 4:2, 6:9, 10:24, 10:25, 13:3, 13:4, 16:8, 16:9
**court** [13] - 3:16, 3:22, 4:25, 6:8, 7:15, 11:8, 12:17, 16:2, 16:16, 16:22, 19:17, 19:20, 21:13
**COURT** [53] - 1:4, 3:9, 3:11, 3:13, 4:3, 5:4, 5:9, 5:19, 5:21, 6:11, 6:24, 7:7, 7:14, 7:21, 7:25, 8:3, 8:5, 8:9, 8:12, 9:2, 10:14, 10:18, 10:20, 10:23, 11:4, 11:19, 12:6, 12:25, 13:11, 13:13, 13:24, 14:4, 14:7, 14:10, 15:3, 15:7,

15:10, 15:15, 15:19, 15:22, 15:24, 16:5, 16:14, 16:20, 19:10, 19:13, 19:19, 19:25, 20:2, 20:17, 20:22, 21:4, 21:7
**court's** [1] - 12:22
**Courtroom** [1] - 1:22
**crime** [1] - 4:20
**Cruz** [2] - 13:20, 14:14

## D

**date** [5] - 17:5, 17:17, 18:4, 18:15, 19:1
**day)** [1] - 21:13
**December** [3] - 1:23, 3:1, 21:9
**deeply** [1] - 15:4
**Defendant** [1] - 1:9, 1:17, 9:7, 9:21, 10:1, 16:12, 17:6, 17:18, 18:5, 18:16, 19:2
**Defendant's** [1] - 10:3, 20:19, 21:8
**defense** [1] - 10:17
**defined** [1] - 9:10
**definition** [4] - 4:22, 5:23, 8:17, 9:3
**deliberate..** [1] - 2:4
**deliberating** [4] - 11:14, 11:25, 12:14, 20:5
**deliberation** [2] - 14:21, 20:11
**deliberations** [8] - 3:14, 3:20, 3:24, 7:12, 10:21, 11:7, 11:10, 15:18
**deliberations)** [1] - 4:1
**Department** [1] - 1:3
**developed** [1] - 9:4
**devices** [1] - 7:11
**different** [2] - 13:25, 14:1
**disagree** [1] - 12:7
**discrete** [1] - 5:7
**discussed** [2] - 3:15, 3:18
**discussing** [1] - 20:5
**discussion** [6] - 7:24, 10:13, 10:19, 15:2, 16:7, 20:16
**dismiss** [1] - 19:25
**Dismissed** [1] - 2:4
**dismissed** [1] - 20:8
**distribute** [3] - 4:7, 17:5, 17:17
**distribution** [7] - 4:7,

4:9, 5:18, 6:25, 18:3, 18:14, 18:25
**District** [2] - 1:15, 1:16
**Docket** [1] - 1:7
**done** [2] - 3:17, 12:13
**doubt** [16] - 4:6, 4:10, 6:12, 7:1, 7:4, 8:18, 9:7, 9:9, 9:11, 9:12, 9:14, 9:21, 9:22, 10:7, 11:15
**during** [9] - 3:18, 7:11, 8:13, 11:6, 14:19, 14:21, 14:22, 15:18, 20:6

## E

**easily** [1] - 9:10
**easy** [1] - 4:14
**Eduardo** [1] - 1:16
**effort** [1] - 20:4
**either** [1] - 20:20
**element** [1] - 5:7
**elements** [1] - 5:15
**elevenish** [1] - 11:17
**encompasses** [1] - 5:7
**End** [1] - 16:7
**end** [3] - 8:11, 10:19, 20:16
**entails** [2] - 5:18
**entertain** [1] - 19:17
**entire** [2] - 4:19, 7:2
**entitled** [1] - 9:22
**envelope** [1] - 16:15
**Esquire** [2] - 1:18, 1:19
**establish** [1] - 9:24
**evaluate** [1] - 9:20
**event** [1] - 16:1
**evidence** [8] - 7:19, 8:14, 9:15, 9:20, 10:2, 10:6, 14:18, 15:16
**exactly** [1] - 14:4
**Exactly** [1] - 15:10
**excused** [2] - 4:1, 10:22
**excused)** [1] - 15:23
**Exhibit** [6] - 2:12, 2:13, 2:14, 2:15, 6:20, 13:15
**exhibit** [1] - 13:8
**Exhibits** [2] - 1:2, 6:5
**exhibits** [1] - 3:24
**EXHIBITS** [1] - 2:11
**explanation** [3] - 4:9, 6:25, 8:12

## F

**far** [1] - 11:4
**favor** [1] - 12:19
**felt** [2] - 11:12
**fifteen** [1] - 16:3
**fine** [1] - 21:7
**first** [3] - 4:14, 4:15, 12:11
**Five** [1] - 18:1
**five** [2] - 12:6, 12:7
**Flaherty** [1] - 1:24
**following** [2] - 3:4, 12:15
**follows** [2] - 4:12, 14:11
**FORELADY** [5] - 17:8, 17:20, 18:6, 18:17, 19:3
**Forelady** [6] - 16:13, 17:7, 17:19, 18:5, 18:16, 19:2
**foreperson** [6] - 4:11, 5:22, 12:8, 13:15, 13:20, 14:16
**Foreperson** [1] - 16:21
**forth** [1] - 11:6
**free** [2] - 6:15, 13:16

## G

**gentlemen** [14] - 3:11, 3:23, 6:24, 10:20, 14:10, 15:19, 16:11, 16:21, 17:9, 17:21, 18:7, 18:19, 19:5, 20:2
**Ginley** [1] - 19:21
**given** [2] - 11:24, 12:12
**guidance** [1] - 14:6
**guilt** [1] - 10:3
**guilty** [10] - 9:7, 9:19, 10:1, 17:6, 17:18, 18:5, 18:16, 19:2, 20:21

## H

**half** [1] - 11:22
**Hampden** [2] - 1:3, 1:15
**hands** [2] - 16:16, 16:18
**harm** [1] - 5:5
**hear** [1] - 4:23
**heard** [3] - 3:16, 8:6, 12:16
**hearken** [1] - 16:22

**HELD** [1] - 1:11
**Heroin** [4] - 17:17, 18:3, 18:14, 18:25
**hesitate** [1] - 12:10
**honestly** [1] - 20:6
**Honor** [10] - 4:25, 6:2, 6:18, 13:6, 13:17, 14:12, 15:4, 19:16, 20:18, 21:3
**Honorable** [1] - 3:2
**HONORABLE** [1] - 1:12
**hope** [1] - 3:13
**hours** [1] - 11:20
**human** [1] - 9:13

## I

**ID** [9] - 2:12, 2:13, 2:14, 2:15, 4:11, 6:5, 6:15, 6:20, 13:8
**identification** [1] - 13:16
**identification)** [3] - 6:6, 6:21, 13:9
**imaginary** [1] - 9:13
**inclination** [1] - 12:22
**inclined** [1] - 11:20
**included** [1] - 4:17
**including** [1] - 3:14
**independent** [2] - 3:17, 3:18
**indicated** [1] - 14:20
**indicating** [1] - 11:8
**Indictment** [4] - 3:7, 17:2, 17:14, 18:23
**indictment** [5] - 4:21, 18:1, 18:12, 20:21, 21:3
**innocent** [1] - 9:18
**instead** [1] - 10:2
**instruct** [2] - 4:15, 5:11
**instructed** [5] - 4:6, 4:16, 11:10, 11:15, 12:12
**instruction** [11] - 2:6, 4:18, 4:19, 7:2, 10:8, 10:11, 10:15, 11:21, 12:1, 12:13, 12:22
**INSTRUCTION** [1] - 9:1
**instructions** [2] - 4:17, 10:9
**intent** [8] - 4:7, 4:16, 4:23, 5:12, 5:14, 5:24, 17:4, 17:16
**interesting** [1] - 11:23
**internet** [1] - 7:11
**interpreted** [1] - 3:4

**interpreter** [3] - 11:2, 13:11, 13:12
**Interpreter)** [1] - 3:5
**issues** [2] - 11:23, 20:5

## J

**Judge** [4] - 12:3, 15:8, 16:18
**Judge)** [1] - 6:10
**judgment** [1] - 10:5
**JUROR** [3] - 7:13, 7:17, 7:19
**jurors** [9] - 4:4, 6:14, 7:10, 10:5, 11:4, 12:15, 13:1, 14:7, 19:20
**JURY** [12] - 1:11, 7:6, 17:11, 17:13, 17:23, 17:25, 18:9, 18:11, 18:20, 18:22, 19:6, 19:8
**jury** [28] - 3:9, 3:10, 4:1, 4:5, 6:9, 6:23, 10:22, 11:24, 14:9, 15:23, 16:9, 16:11, 16:13, 16:22, 17:6, 17:18, 17:22, 18:4, 18:8, 18:15, 18:19, 19:1, 19:5, 19:18, 19:20, 19:23, 19:25, 20:13
**Jury** [6] - 2:3, 2:4, 2:13, 6:5, 6:20, 13:8
**jury)** [1] - 6:8
**Jury..** [5] - 2:5, 2:7, 2:12, 2:14, 2:15
**jury?** [1] - 17:10

## L

**ladies** [14] - 3:11, 3:23, 6:24, 10:20, 14:10, 15:19, 16:11, 16:21, 17:9, 17:21, 18:7, 18:18, 19:4, 20:2
**last** [1] - 20:25
**left** [1] - 4:4
**length** [1] - 11:24
**letter** [1] - 13:5
**likely** [1] - 10:1
**lives** [1] - 9:12
**lobby** [1] - 4:4
**look** [1] - 6:15
**looks** [1] - 16:19
**Luke** [2] - 1:18, 1:19
**lunch** [4] - 12:16, 12:17, 12:19, 13:1

**luncheon** [1] - 13:4

## M

**Madam** [6] - 16:21, 17:7, 17:19, 18:5, 18:16, 19:2
**madam** [1] - 16:13
**marked** [5] - 6:6, 6:14, 6:20, 13:8, 13:15
**MASSACHUSETTS** [2] - 1:3, 1:6
**Massachusetts** [3] - 1:16, 1:19, 1:22
**matter** [1] - 21:8
**mean** [2] - 9:11, 10:7
**memory** [4] - 14:3, 14:17, 14:22, 15:17
**minds** [1] - 9:16
**minutes** [6] - 12:5, 15:25, 16:3, 20:10, 20:15, 21:1
**modern** [1] - 9:5
**momentarily)** [1] - 4:2, 10:24, 16:8
**Monday** [3] - 21:4, 21:5, 21:9
**money** [4] - 13:17, 13:19, 14:12, 14:14
**monies** [1] - 14:1
**moral** [2] - 9:16, 10:3
**morning** [3] - 3:11, 3:12, 11:15
**motion** [1] - 19:17
**MR** [35] - 3:12, 4:25, 5:5, 5:13, 5:20, 6:2, 6:3, 6:18, 8:2, 8:4, 8:7, 10:16, 10:17, 11:18, 12:3, 12:19, 13:22, 13:23, 13:25, 14:5, 15:1, 15:4, 15:8, 15:11, 15:12, 15:13, 15:21, 16:3, 16:4, 19:16, 19:24, 20:18, 20:23, 20:25, 21:5
**must** [4] - 9:22, 10:2, 10:9, 20:9

## N

**need** [5] - 5:22, 6:12, 14:24, 19:10, 19:23
**needed** [1] - 12:5
**needs** [1] - 3:19
**never** [1] - 8:9
**news** [1] - 20:12
**night's** [1] - 3:13
**Nine** [1] - 18:23
**No.2012-83** [1] - 1:7

**Northampton** [1] - 1:19
**note** [14] - 4:12, 4:15, 5:22, 6:1, 6:8, 6:9, 6:11, 6:14, 11:8, 11:16, 12:20, 13:14, 14:11
**Note** [7] - 2:5, 2:7, 2:12, 2:13, 2:14, 2:15, 13:8
**Notes** [2] - 6:5, 6:20
**notes** [8] - 4:3, 6:12, 11:6, 12:8, 12:14, 12:23, 14:20, 14:21
**November** [4] - 17:5, 17:17, 18:4, 18:15

## O

**objection** [1] - 20:25
**occur** [2] - 7:25, 8:3
**October** [1] - 19:1
**OF** [3] - 1:3, 1:4, 1:6
**offender** [2] - 19:14, 21:2
**Office** [1] - 1:15
**officer** [4] - 6:8, 6:9, 7:15, 16:16
**OFFICER** [1] - 16:14
**Official** [1] - 1:24
**often** [1] - 9:9
**one** [5] - 4:4, 4:14, 11:7, 17:2, 19:22
**open** [1] - 9:13
**opportunity** [1] - 12:16
**order** [4] - 4:8, 12:15, 12:17, 12:25
**ordering** [1] - 12:19
**otherwise** [1] - 20:24
**outside** [1] - 3:15

## P

**p.m** [2] - 10:25, 16:9
**p.m.)** [1] - 13:3
**PAGE** [2] - 1:12, 2:2
**Page** [1] - 3:2
**Pages** [1] - 1:1
**Panate** [1] - 18:24
**panate** [1] - 14:15
**particularly** [1] - 11:22
**Patricia** [1] - 1:24
**penate** [2] - 13:14, 13:20
**PENATE** [1] - 1:9
**Penate** [10] - 1:17, 3:7, 4:8, 11:2, 13:18, 14:13, 17:3, 17:15, 18:2, 18:13

**permit** [1] - 7:10
**permitted** [2] - 14:20, 15:16
**person** [1] - 9:18
**personal** [2] - 7:19, 8:6
**phone** [7] - 4:13, 7:9, 7:17, 7:22, 8:1, 8:13, 8:15
**phones** [3] - 7:10, 7:20, 8:6
**point** [4] - 11:7, 11:21, 12:4, 20:20
**pole** [3] - 19:20, 19:23
**poling** [1] - 19:18
**portion** [3] - 19:15, 20:21, 21:3
**posed** [1] - 5:2
**position** [1] - 5:2
**possession** [17] - 4:6, 4:10, 4:15, 4:16, 4:18, 4:19, 4:22, 4:23, 5:7, 5:11, 5:17, 5:23, 5:24, 7:1, 17:4, 17:16
**possible** [2] - 9:12, 9:13
**prefer** [1] - 21:5
**premature** [2] - 11:12, 11:13
**present** [1] - 11:3
**presented** [2] - 14:19, 14:22
**presumed** [1] - 9:18
**pretty** [1] - 9:10
**privately** [1] - 20:11
**probability** [2] - 9:25
**proceed** [3] - 19:10, 19:14, 20:23
**proceedings** [1] - 3:4
**proof** [5] - 9:8, 9:11, 9:19, 10:7
**prove** [1] - 9:6
**proved** [2] - 9:14, 9:19
**Public** [1] - 1:18
**pull** [1] - 4:22
**put** [5] - 5:24, 15:9, 15:24, 16:14, 20:4
**putting** [1] - 15:25

## Q

**quarter** [1] - 11:13
**questions** [1] - 3:22

## R

**Re** [1] - 2:6
**re** [3] - 4:6, 7:3, 10:10
**RE** [1] - 9:1

**re-instructed** [1] - 4:6
**Re-instruction** [1] - 2:6
**RE-INSTRUCTION** [1] - 9:1
**re-read** [2] - 7:3, 10:10
**reach** [1] - 11:9
**read** [9] - 3:16, 6:11, 7:3, 9:5, 10:10, 10:11, 11:20, 13:16, 13:24
**reading** [2] - 5:6, 19:21
**reads** [3] - 4:12, 6:11, 14:11
**ready** [2] - 6:16, 20:23
**real** [1] - 12:10
**really** [1] - 20:4
**reason** [2] - 10:5, 10:10
**reasonable** [14] - 4:6, 4:10, 6:12, 7:1, 7:4, 8:18, 9:7, 9:9, 9:11, 9:14, 9:21, 10:3, 10:7, 11:15
**receive** [1] - 11:8
**Received** [2] - 2:5, 2:7
**received** [5] - 4:3, 4:12, 7:8, 13:14, 14:11
**recess** [1] - 13:4
**recollection** [1] - 11:5
**reconvenes** [3] - 10:25, 13:4, 16:9
**record** [17] - 3:6, 3:21, 7:24, 8:11, 10:13, 10:19, 11:1, 11:2, 15:2, 15:24, 16:1, 16:7, 16:20, 16:23, 19:12, 19:19, 20:16
**refer** [1] - 14:21
**reinstruct** [1] - 8:17
**reinstructed** [1] - 7:4
**rely** [1] - 15:18
**remain** [2] - 16:12
**remaining** [1] - 9:21
**remember** [3] - 9:3, 10:9, 15:17
**Reporter** [1] - 1:24
**request** [5] - 5:11, 10:11, 19:17, 19:19, 20:19
**research** [1] - 3:17
**respect** [5] - 4:14, 5:10, 14:24, 15:13, 19:18
**response** [4] - 5:24, 6:13, 6:15, 10:11
**responses** [1] - 3:21
**rest** [1] - 3:14

**rested** [1] - 11:4
**resting** [1] - 14:2
**result** [1] - 12:14
**resume** [3] - 3:23, 4:1, 10:21
**revoke** [2] - 20:19, 21:8
**Rodriguez** [5] - 11:12, 11:21, 12:1, 12:21, 12:23
**ROLANDO** [1] - 1:9
**Rolando** [8] - 3:7, 4:8, 11:2, 17:3, 17:15, 18:2, 18:13, 18:24
**room** [2] - 3:16, 20:11
**Ryan** [4] - 1:18, 1:19, 3:8, 12:18
**RYAN** [18] - 3:12, 5:5, 5:13, 6:3, 8:4, 10:17, 12:19, 13:23, 14:5, 15:8, 15:12, 15:21, 16:3, 16:4, 19:16, 19:24, 20:25, 21:5

## S

**satisfied** [5] - 6:1, 6:3, 10:14, 10:17, 15:8
**satisfies** [1] - 10:5
**schedule** [1] - 20:20
**seated** [1] - 19:9
**second** [3] - 4:12, 19:14, 21:2
**see** [10] - 5:5, 7:22, 10:12, 11:25, 12:17, 13:2, 13:21, 14:24, 19:11, 20:14
**seeking** [1] - 5:16
**sent** [3] - 11:6, 12:8, 12:14
**sentencing** [2] - 21:6, 21:10
**service** [4] - 20:3, 20:8, 20:13, 20:14
**Services** [1] - 1:18
**session** [1] - 3:1
**Seven** [1] - 18:12
**shortly** [1] - 3:25
**side** [12] - 7:23, 7:24, 8:11, 10:12, 10:13, 10:19, 14:24, 15:2, 16:7, 19:11, 19:12, 20:16
**signed** [3] - 4:11, 13:20, 14:15
**sorry** [1] - 7:9
**sound** [1] - 20:9
**Spanish** [1] - 3:5
**sponte** [3] - 12:12, 12:13, 12:22

**spouse** [1] - 7:15
**Springfield** [2] - 1:16, 1:22
**ss** [1] - 1:3
**standing** [2] - 16:12
**state** [1] - 4:8
**State** [1] - 1:15
**still** [2] - 8:7, 9:21
**Street** [1] - 1:15
**stricken** [3] - 13:18, 14:13, 15:6
**strong** [1] - 9:25
**sua** [3] - 12:12, 12:13, 12:22
**subsequent** [2] - 20:20, 21:3
**substance** [6] - 5:15, 17:4, 17:16, 18:3, 18:14, 18:25
**Superior** [1] - 1:3
**supplant** [1] - 14:18
**supplement** [1] - 14:18
**surprised** [1] - 16:1
**sworn** [1] - 10:6
**syntax** [1] - 9:5

## T

**talks** [1] - 16:2
**ten** [1] - 12:5
**term** [1] - 9:9
**testimonies** [1] - 13:25
**testimony** [7] - 13:17, 13:19, 14:12, 14:14, 14:17, 14:22, 15:5
**THE** [92] - 1:4, 1:12, 3:6, 3:9, 3:11, 3:13, 4:3, 5:4, 5:9, 5:19, 5:21, 6:11, 6:24, 7:6, 7:7, 7:14, 7:21, 7:25, 8:3, 8:5, 8:9, 8:12, 9:2, 10:14, 10:18, 10:20, 10:23, 11:1, 11:4, 11:19, 12:6, 12:25, 13:5, 13:11, 13:13, 13:24, 14:4, 14:7, 14:10, 15:3, 15:7, 15:10, 15:15, 15:19, 15:22, 15:24, 16:5, 16:11, 16:17, 16:20, 16:21, 17:1, 17:2, 17:8, 17:9, 17:11, 17:12, 17:13, 17:14, 17:20, 17:21, 17:23, 17:24, 17:25, 18:1, 18:6, 18:7, 18:9, 18:10, 18:11, 18:12, 18:17, 18:18,

18:20, 18:21, 18:22, 18:23, 19:3, 19:4, 19:6, 19:7, 19:8, 19:9, 19:10, 19:13, 19:19, 19:25, 20:2, 20:17, 20:22, 21:4, 21:7
**three** [4] - 15:25, 20:10, 20:13, 20:15
**Three** [1] - 17:14
**throughout** [1] - 11:6
**Tina** [1] - 3:2
**TINA** [1] - 1:12
**today** [1] - 21:4
**took** [1] - 11:21
**TRIAL** [2] - 1:4, 1:11
**trial** [6] - 3:19, 8:14, 14:19, 14:23, 20:6, 20:20
**true** [1] - 9:17
**try** [1] - 11:22
**Tuoey** [6] - 11:11, 11:20, 12:1, 12:12, 12:20, 12:23
**turn** [4] - 4:13, 7:8, 7:22, 8:15
**turned** [2] - 8:10, 8:13
**twelve** [1] - 11:13
**twenty** [2] - 15:25, 16:3
**twenty-three** [1] - 15:25
**two** [5] - 4:3, 11:20, 13:25, 14:1, 20:14
**Two** [1] - 6:5
**types** [1] - 7:11

**U**

**ultimately** [1] - 14:2
**unanimous** [5] - 17:12, 17:24, 18:10, 18:21, 19:7
**unclear** [1] - 5:1
**understood** [1] - 9:10
**unlawful** [5] - 17:3, 17:15, 18:2, 18:13, 18:24
**unless** [1] - 20:23

**V**

**velasquez** [1] - 14:5
**VELAZQUEZ** [17] - 4:25, 5:20, 6:2, 6:18, 8:2, 8:7, 10:16, 11:18, 12:3, 13:22, 13:25, 15:1, 15:4, 15:11, 15:13, 20:18, 20:23

**Velazquez** [8] - 1:16, 3:8, 4:24, 6:17, 11:11, 12:2, 15:3, 20:17
**verdict** [6] - 17:12, 17:24, 18:10, 18:21, 19:7, 20:21
**verdict)** [1] - 16:10
**VERDICTS** [1] - 17:1
**verdicts** [4] - 16:13, 16:18, 16:20, 16:22
**verdicts)** [1] - 16:19
**Verdicts..** [1] - 2:8
**versus** [8] - 3:7, 9:4, 11:2, 17:3, 17:15, 18:2, 18:13, 18:24
**view** [1] - 5:13
**views** [1] - 3:18
**Volume** [1] - 1:1

**W**

**wait** [2] - 13:11, 20:10
**wants** [1] - 4:5
**watched** [1] - 19:22
**Webster** [2] - 2:6, 9:4
**welcome** [2] - 15:22, 16:5
**whole** [2] - 5:14, 10:10
**William** [2] - 13:19, 14:14
**written** [1] - 13:24

**Y**

**year** [5] - 17:6, 17:18, 18:4, 18:15, 19:1
**years** [1] - 20:13
**yesterday** [3] - 3:15, 11:7, 12:6
**you"** [1] - 14:15