# EXHIBIT 8

**CourtView Justice Solutions**                                   Hampden County

---

## Criminal Case Summary

💬INTERPRETER

---

**1279CR00083 Commonwealth vs. Penate, Rolando**

---

### Case Information

Site  Hampden County
File Date  02/01/2012
Case Status  Open    Case Status Date  02/01/2012
Case Disposition  Disposed by Jury Verdict    Case Disposition Date  04/23/2015    Category
Session  Criminal 1 - Ct. Rm. 1
Judge
Track  B - Complex

---

### Party Information: 3

| | Party Name | Party Alias(es) | Party Type | XREF-ID | Attorney(s) | Attorney Phone |
|---|---|---|---|---|---|---|
| ⓘ | Commonwealth | | Prosecutor | 36677167 | ⓘ Johnston, Esq., Katharine Anne | |
| | | | | | ⓘ Ahlstrom, Esq., Deborah D | (413)505-5649 |
| | | | | | ⓘ Caldwell, Esq., Thomas A | (413)505-5951 |
| | | | | | ⓘ West, Esq., Kimberly Punsalan | (617)727-2200 |
| | | | | | | (617)963-2864 |
| ⓘ | Penate, Rolando | | Defendant | 5640563 | ⓘ Segal, Esq., Matthew | |
| | | | | | ⓘ Newman, Esq., William C | (617)482-3170 |
| | | | | | ⓘ Appleyard, Esq., Jennifer | (413)584-7331 |
| | | | | | | (781)431-2652 |
| ⓘ | Hampden County House of Correction | | Holding Institution | 8031697 | | |

---

### Alert Information: 0

---

### Case Schedule: 95  Displaying 15 Records

| Date | Start Time | Event Type | Session | Notes | Result | Result Reason |
|---|---|---|---|---|---|---|
| ⓘ 01/10/2017 | 03:00 PM | 1 of 1 Motion Hearing | CR Session 2 - Ct. Rm. 7 | 1 | Held as Scheduled | |
| ⓘ 12/16/2016 | 09:00 AM | 1 of 1 Motion Hearing | Hampden Civil/Criminal | 2 | Held as Scheduled | |
| ⓘ 12/15/2016 | 09:00 AM | 1 of 1 Motion Hearing | Hampden Civil/Criminal | 2 | Held as Scheduled | |
| ⓘ 12/14/2016 | 09:00 AM | 1 of 1 Motion Hearing | Hampden Civil/Criminal | 2 | Held as Scheduled | |
| ⓘ 12/13/2016 | 09:00 AM | 1 of 1 Motion Hearing | Hampden Civil/Criminal | 2 | Held as Scheduled | |
| ⓘ 12/12/2016 | 09:00 AM | 1 of 1 Motion Hearing | Hampden Civil/Criminal | 2 | Held as Scheduled | |

| Date | Start Time | | Event Type | Session | Notes | Result | Result Reason |
|---|---|---|---|---|---|---|---|
| 12/08/2016 | 09:00 AM | 1 of 1 | Motion Hearing | Hampden Civil/Criminal | 2 | Held as Scheduled | |
| 12/07/2016 | 09:00 AM | 1 of 1 | Motion Hearing | Hampden Civil/Criminal | 1 | Not Held | Request of Defendant |
| 10/21/2016 | 09:00 AM | 1 of 1 | Evidentiary Hearing on Suppression | CR Session 2 - Ct. 7 | 1 | Not Held | Request of Commonwealth |
| 10/20/2016 | 09:00 AM | 1 of 1 | Evidentiary Hearing on Suppression | CR Session 2 - Ct. 7 | 1 | Not Held | Request of Commonwealth |
| 10/19/2016 | 09:00 AM | 1 of 1 | Evidentiary Hearing on Suppression | CR Session 2 - Ct. 7 | 1 | Not Held | Request of Commonwealth |
| 10/18/2016 | 09:00 AM | 1 of 1 | Evidentiary Hearing on Suppression | CR Session 2 - Ct. 7 | 1 | Not Held | Request of Commonwealth |
| 10/17/2016 | 02:00 PM | 1 of 1 | Conference to Review Status | CR Session 2 - Ct. 7 | 1 | Held as Scheduled | |
| 10/17/2016 | 09:00 AM | 1 of 1 | Evidentiary Hearing on Suppression | CR Session 2 - Ct. 7 | 1 | Not Held | Request of Commonwealth |
| 10/12/2016 | 03:00 PM | 1 of 1 | Conference to Review Status | CR Session 2 - Ct. 7 | 0 | Held as Scheduled | |

## Party Charges: 13

### Penate, Rolando

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| | 1 | 94C/32A/D-0 | COCAINE, POSSESS TO DISTRIBUTE, SUBSQ. c94C §32A(d) | Felony | Not Guilty Verdict | 12/13/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| | 2 | 94C/32J-3 | DRUG VIOLATION NEAR SCHOOL/PARK c94C §32J | Felony | Nolle Prosequi | 11/22/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| | 3 | 94C/32/D-0 | DRUG, POSSESS TO DISTRIB CLASS A, SUBSQ. c94C §32 (b) | Felony | Not Guilty Finding | 12/13/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| | 4 | 94C/32J-3 | DRUG VIOLATION NEAR SCHOOL/PARK c94C §32J | Felony | Not Guilty Finding | 11/22/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| | 5 | 94C/32/B-0 | DRUG, DISTRIBUTE CLASS A, SUBSQ.OFF. c94C §32(b) | Felony | Not Guilty Finding | 01/02/2014 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 6 | 94C/32J-3 | DRUG VIOLATION NEAR SCHOOL/PARK c94C §32J | Felony | Nolle Prosequi | 11/22/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 7 | 94C/32/B-0 | DRUG, DISTRIBUTE CLASS A, SUBSQ.OFF. c94C §32(b) | Felony | Not Guilty Verdict | 12/13/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 8 | 94C/32J-3 | DRUG VIOLATION NEAR SCHOOL/PARK c94C §32J | Felony | Nolle Prosequi | 11/22/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 9 | 94C/32/C-1 | DRUG, POSSESS TO DISTRIB CLASS A c94C §32(a) | Felony | Guilty Verdict | 12/13/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 10 | 94C/32J-3 | DRUG VIOLATION NEAR SCHOOL/PARK c94C §32J | Felony | Nolle Prosequi | 11/22/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 11 | 269/10/G-2 | FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h) | Misdemeanor - more than 100 days incarceration | Not Guilty Verdict | 12/11/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 12 | 269/10/G-2 | FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h) | Misdemeanor - more than 100 days incarceration | Nolle Prosequi | 12/11/2013 | | |

| | Count | Code | Description | Degree of Offense | Disposition | Disposition Date | Disposition Judge | Sentenced |
|---|---|---|---|---|---|---|---|---|
| 13 | 265/18B/A-3 | FIREARM IN FELONY, POSSESS c265 §18B | Felony | Not Guilty Verdict | 12/11/2013 | | |

**Financial: 0**     **A/R Amount Due: .00**     **Non-A/R Amount Due: .00**
Ticklers: 0

## DCM: 1

| DCM Track | Effective Date | Tickler | Due Date | Completion Date | Entered By |
|---|---|---|---|---|---|
| B - Complex | 02/01/2012 | Pre-Trial Hearing | 02/10/2012 | 04/23/2015 | cnvFCHDtklr |
| | | Final Pre-Trial Conference | 11/28/2012 | 04/23/2015 | cnvFCHDtklr |
| | | Case Disposition | 12/12/2012 | 04/23/2015 | cnvFCHDtklr |

## Linked Case(s) : 1

| Link Group | Case Number | Case Caption | Linked Reason | Linked Role | Site |
|---|---|---|---|---|---|
| 1279CR00084 | 1279CR00084 | Commonwealth vs. Colon, Maria | | | Hampden County |

## Docket Entries: 384   Displaying 384 Records

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|---|---|---|---|---|---|---|
| 10/04/2017 | | | General correspondence regarding Certified Docket sheets made for Office of the Bar Counsel | | | |
| 08/14/2017 | 215 | | Appeal Dismissed RE#24: In light of the allowed motion for new trial and the defendant's affidavit, appeal dismissed with prejudice and without an award of costs or fees to any party, pursuant to M.R.A.P. 29 (b) . *Notice/Attest | | | |
| 06/26/2017 | | | Endorsement on for new trial , (#142.0): ALLOWED See Memorandum of Decision and Order on Motions for Post-Conviction Relief Mailed: 6/26/17 | Carey, Hon. Richard J | | |
| 06/26/2017 | 214 | | MEMORANDUM & ORDER: and Decision on motions for post-conviction relief | Carey, Hon. Richard J | | |
| 05/15/2017 | | | Endorsement on Motion for copy of hearing recordings, (#213.0): ALLOWED | Carey, Hon. Richard J | | |
| 05/12/2017 | 213 | | Other 's Motion for copy of hearing recordings | | | |
| 04/12/2017 | 212 | | Other 's Notice of errata | | | |
| 04/12/2017 | 211 | | Notice of docket entry received from Appeals Court Corrected Notice: RE#19: Appellate proceedings STAYED to 05/03/2017. Status report due then concerning ongoing proceedings in the trial court. *Notice/Attest. | | | |
| 04/06/2017 | 210 | | Notice of docket entry received from Appeals Court On 4/10/17 -I Called the Appeals Court Regarding this Notice as there is an error in the body of it. The Appeals Court will be sending a corrected Notice by mail soon. (S.Piecuch, CC,II) | | | |
| 03/28/2017 | 209.1 | | Affidavit of Rebecca Morrow in support of motion for admission pro hac vice | | | |
| 03/28/2017 | 209 | | Other 's Motion for admission pro hac vice | | | |
| 03/28/2017 | 208.1 | | Affidavit of Douglas I. Koff in support of motion for admission pro hac vice | | | |
| 03/28/2017 | 208 | | Other 's Motion for admission pro hac vice | | | |
| 03/28/2017 | 207 | | Commonwealth 's Response to the Court's request for drug analysis information | | | |
| 03/23/2017 | 206 | | Attorney appearance On this date Matthew Segal, Esq. added for Defendant Rolando Penate | | | |
| 03/23/2017 | 205 | | Attorney appearance On this date William C Newman, Esq. added for Defendant Rolando Penate | | | |
| 03/17/2017 | 204.1 | | Affidavit of Attorney Luke Ryan in response to paragraphs 408-410 of the office of the Attorney General's proposed findings of fact | | | |
| 03/17/2017 | 204 | | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|-----------|-------|--|
| | | | Defendant 's Reply to Office of Attorney General's proposed findings of fact | | | | |
| 03/03/2017 | 203 | | Notice of Entry of appeal received from the Appeals Court RE#18: Appellate proceedings STAYED to 04/03/2017. Status report due then concerning ongoing proceedings in the trial court.*Notice/Attest | | | | |
| 02/28/2017 | 202 | | Commonwealth's Memorandum on behalf of the Hampden County District Attorney's Office | | | | |
| 02/17/2017 | 201 | | Affidavit of Heather A. Valentine | | | | |
| 02/17/2017 | 200 | | Commonwealth's Memorandum in opposition to defendant's motion to dismiss | | | | |
| 02/17/2017 | 199 | | Commonwealth 's Notice of proposed findings of fact | | | | |
| 02/17/2017 | 198 | | Other 's Response to the Order of the Court- filed by the Office of the Attorney General | | | | |
| 02/16/2017 | | | Endorsement on Motion for an extension of time to file hearing brief, (#197.0): ALLOWED | Carey, Hon. Richard J | | | |
| 02/15/2017 | 197.1 | | Affidavit of Deborah D. Ahlstrom | | | | |
| 02/15/2017 | 197 | | Commonwealth 's Motion for an extension of time to file hearing brief | | | | |
| 02/06/2017 | 196 | | ORDER: Clarification request | Carey, Hon. Richard J | | | |
| 02/02/2017 | 195 | | Defendant 's Notice of brief of Rolando Penate | | | | |
| 01/10/2017 | | | Endorsement on Motion for new trial , (#142.0): ALLOWED by agreement | Carey, Hon. Richard J | | | |
| 01/10/2017 | | | Matter taken under advisement The following event: Motion Hearing scheduled for 01/10/2017 03:00 PM has been resulted as follows: Result: Held - Under advisement Sara Adams - Court Reporter; Jorge Martins - Court Interpreter | Carey, Hon. Richard J | | | |
| 01/09/2017 | 194 | | Interpreter requested. | | | | |
| 01/06/2017 | 193 | | Interpreter requested. | | | | |
| 12/16/2016 | | | Event Result: The following event: Motion Hearing scheduled for 12/16/2016 09:00 AM has been resulted as follows: Result: Held as Scheduled Alicia Cayode Kyles - Court Reporter; Jorge Martins - Interpreter | Carey, Hon. Richard J | | | |
| 12/15/2016 | | | Event Result: The following event: Motion Hearing scheduled for 12/15/2016 09:00 AM has been resulted as follows: Result: Held as Scheduled Alicia Cayode Kyles - Court Reporter; Jorge Martins - Interpreter | Carey, Hon. Richard J | | | |
| 12/14/2016 | | | Event Result: The following event: Motion Hearing scheduled for 12/14/2016 09:00 AM has been resulted as follows: Result: Held as Scheduled Alicia Cayode Kyles - Court Reporter; Jorge Martins - Interpreter | Carey, Hon. Richard J | | | |
| 12/13/2016 | | | Event Result: The following event: Motion Hearing scheduled for 12/13/2016 09:00 AM has been resulted as follows: Result: Held as Scheduled Alicia Cayode Kyles - Court Reporter; Jorge Martins - Court Interpreter | Carey, Hon. Richard J | | | |
| 12/12/2016 | | | Event Result: The following event: Motion Hearing scheduled for 12/12/2016 09:00 AM has been resulted as follows: Result: Held as Scheduled | Carey, Hon. Richard J | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|-----------|-------|
| | | | Alicia Cayode Kyles - Court Reporter; Interpreter was NOT present | | | |
| 12/09/2016 | 192 | | MEMORANDUM & ORDER: Decision on Office of Inspector General's motion to quash summons and request for a protective order | Carey, Hon. Richard J | | |
| 12/08/2016 | 191 | | Opposition to to the motion to quash summons and protective order filed by Rolando Penate | | | |
| 12/08/2016 | 190 | | Commonwealth 's Notice of intended expert testimony | | | |
| 12/08/2016 | | | Event Result: The following event: Motion Hearing scheduled for 12/08/2016 09:00 AM has been resulted as follows: Result: Held as Scheduled Alicia Cayode Kyles - Court Reporter; held in Hampshire County; Interpreter present | Carey, Hon. Richard J | | |
| 12/07/2016 | | | Habeas Corpus for defendant issued to Hampden County House of Correction returnable for 12/08/2016 09:00 AM Motion Hearing. Please have defendant here by 9am to HAMPSHIRE COUNTY SUPERIOR COURT | | | |
| 12/06/2016 | 189 | | Witness list potential Applies To: Penate, Rolando (Defendant) | | | |
| 11/28/2016 | 188 | | Defendant 's Joint Notice of proposed findings of fact | | | |
| 11/28/2016 | 187 | | Interpreter requested. | | | |
| 11/25/2016 | | | Event Result: The following event: Motion Hearing scheduled for 12/07/2016 09:00 AM has been resulted as follows: Result: Not Held Reason: Request of Defendant | Carey, Hon. Richard J | | |
| 11/16/2016 | | | General correspondence regarding flash drive containing RTI | | | |
| 11/14/2016 | 186 | | Interpreter requested. | | | |
| 10/18/2016 | 185 | | Interpreter requested. | | | |
| 10/18/2016 | 184 | | Interpreter requested. | | | |
| 10/18/2016 | 183 | | Interpreter requested. | | | |
| 10/18/2016 | 182 | | Interpreter requested. | | | |
| 10/18/2016 | 181 | | Interpreter requested. | | | |
| 10/17/2016 | | | Event Result: The following event: Conference to Review Status scheduled for 10/17/2016 02:00 PM has been resulted as follows: Result: Held as Scheduled | Carey, Hon. Richard J | | |
| 10/14/2016 | 180 | | Commonwealth 's Motion to continue | | | |
| 10/13/2016 | 179 | | Commonwealth 's Notice of disclosure of expected expert testimony | | | |
| 10/12/2016 | | | Event Result: The following event: Conference to Review Status scheduled for 10/12/2016 03:00 PM has been resulted as follows: Result: Held as Scheduled Alicia Cayode Kyles - Court Reporter | Carey, Hon. Richard J | | |
| 10/12/2016 | | | Event Result: The following event: Evidentiary Hearing on Suppression scheduled for 10/21/2016 09:00 AM has been resulted as follows: Result: Not Held Reason: Request of Commonwealth | Carey, Hon. Richard J | | |
| 10/12/2016 | | | Event Result: The following event: Evidentiary Hearing on Suppression scheduled for 10/20/2016 09:00 AM has been resulted as | Carey, Hon. Richard J | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|------------|-------|--|
| | | | follows: Result: Not Held Reason: Request of Commonwealth | | | | |
| 10/12/2016 | | | Event Result: The following event: Evidentiary Hearing on Suppression scheduled for 10/19/2016 09:00 AM has been resulted as follows: Result: Not Held Reason: Request of Commonwealth | Carey, Hon. Richard J | | | |
| 10/12/2016 | | | Event Result: The following event: Evidentiary Hearing on Suppression scheduled for 10/18/2016 09:00 AM has been resulted as follows: Result: Not Held Reason: Request of Commonwealth | Carey, Hon. Richard J | | | |
| 10/12/2016 | | | Event Result: The following event: Evidentiary Hearing on Suppression scheduled for 10/17/2016 09:00 AM has been resulted as follows: Result: Not Held Reason: Request of Commonwealth | Carey, Hon. Richard J | | | |
| 10/12/2016 | | | Attorney appearance On this date Katharine Anne Johnston, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | | | | |
| 10/11/2016 | 173.1 | | Commonwealth 's Statement of acceptance of "egregious governmental conduct" | | | | |
| 10/06/2016 | 178 | | Interpreter requested. | | | | |
| 10/06/2016 | 177 | | Interpreter requested. | | | | |
| 10/06/2016 | 176 | | Interpreter requested. | | | | |
| 10/06/2016 | 175 | | Interpreter requested. | | | | |
| 10/06/2016 | 174 | | Interpreter requested. | | | | |
| 09/20/2016 | | | Event Result: The following event: Conference to Review Status scheduled for 09/20/2016 03:00 PM has been resulted as follows: Result: Held as Scheduled | Carey, Hon. Richard J | | | |
| 08/17/2016 | 173 | | Attorney appearance On this date Deborah D Ahlstrom, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | | | | |
| 08/17/2016 | | | Attorney appearance On this date Jane Davidson Montori, Esq. dismissed/withdrawn as Attorney for the Commonwealth for Prosecutor Commonwealth | | | | |
| 06/27/2016 | 172 | | Protective Order issued for defense counsel access to presumptively privileged records. | Carey, Hon. Richard J | | | |
| 06/07/2016 | | | Attorney appearance On this date Peter A Velis, Esq. dismissed/withdrawn as Attorney for the Commonwealth for Prosecutor Commonwealth | | | | |
| 06/07/2016 | | | Endorsement on Motion to Withdraw, (#159.0): ALLOWED Mailed: 06/07/2016 | Carey, Hon. Richard J | | | |
| 06/06/2016 | | | Event Result: The following event: Conference to Review Status scheduled for 06/06/2016 02:00 PM has been resulted as follows: Result: Held as Scheduled Court Room 8 - FTR | Carey, Hon. Richard J | | | |
| 06/06/2016 | 171 | | Rolando Penate's Memorandum in support of defendant's motion for a new trial-supplemental | | | | |
| 05/20/2016 | | | | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|-------------|-------------|-------|-----------|-------|---|
| | | | Other 's Notice regarding reports reports filed by AAG- see Order dated 5/3/16 | | | | |
| 05/03/2016 | | | Endorsement on Motion for production of discovery information, (#144.0): DENIED without prejudice | Carey, Hon. Richard J | | | |
| 05/03/2016 | | | Endorsement on Motion for discovery pursuant to Mass. R. Crim. P. 30(c)(4), (#146.0): Other action taken see Memorandum of Decision and Order | Carey, Hon. Richard J | | | |
| 05/03/2016 | | | Endorsement on Motion to join April 26, 2016 motin hearing and adopt and conform fellow defendants motions and objections during the hearing, (#169.0): Other action taken see Memorandum of Decision and Order | Carey, Hon. Richard J | | | |
| 05/03/2016 | 170 | | MEMORANDUM & ORDER: of Decision | Carey, Hon. Richard J | | | |
| 04/26/2016 | | | Matter taken under advisement The following event: Motion Hearing scheduled for 04/26/2016 09:50 AM has been resulted as follows: Result: Held - Under advisement | Carey, Hon. Richard J | | | |
| 04/25/2016 | | | Habeas Corpus for defendant issued to MCI - Concord returnable for 04/26/2016 09:50 AM Motion Hearing. Please Have deft. here at 9:00 AM | | | | |
| 04/21/2016 | | | Endorsement on Motion to join April 26,2016 heraing and adopt and conform fellow defendant's motion and objections during the hearin, (#169.0): ALLOWED | Carey, Hon. Richard J | | | |
| 04/19/2016 | 169 | | Defendant 's Motion to join April 26, 2016 motion hearing and adopt and conform fellow defendant's motions and objections during the hearing | | | | |
| 04/01/2016 | 168 | | ORDER: for inspection of records | Carey, Hon. Richard J | | | |
| 04/01/2016 | | | Endorsement on Motion to impound for order of non dissemination of information, (#167.0): ALLOWED | Carey, Hon. Richard J | | | |
| 04/01/2016 | 167 | | Commonwealth 's Motion to impound for order of non dissemination of information | | | | |
| 04/01/2016 | | | Endorsement on Motion to impound dissemination request, (#166.0): ALLOWED | Carey, Hon. Richard J | | | |
| 04/01/2016 | 166 | | Commonwealth 's Motion to impound dissemination request | | | | |
| 04/01/2016 | | | Endorsement on Motion for non dissemination of information, (#165.0): ALLOWED | Carey, Hon. Richard J | | | |
| 04/01/2016 | 165 | | Commonwealth 's Motion for non dissemination of information | | | | |
| 04/01/2016 | 164 | | MEMORANDUM & ORDER: and decision on emergency motion for immediate dissemination of exparte filing | Carey, Hon. Richard J | | | |
| 04/01/2016 | | | Endorsement on Motion to impound grand jury materials and report, (#163.0): ALLOWED | Carey, Hon. Richard J | | | |
| 04/01/2016 | 163 | | Commonwealth 's Motion to impound grand jury materials and report | | | | |
| 03/31/2016 | | | | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|-----------|-------|--|
| | | | Other 's Notice regarding reports reports filed by SAAG Velis- see Order dated 5/3/16 | | | | |
| 02/03/2016 | 156.1 | | Opposition to paper #155.0 Motion for stay of execution of sentence filed by Commonwealth | | | | |
| 02/01/2016 | 162 | | Bail set at $500,000.00 Surety, $50,000.00 Cash. without prejudice | Carey, Hon. Richard J | | | |
| 02/01/2016 | | | Endorsement on Motion to stay sentence , (#155.0): ALLOWED See Memorandum and Decision and Order Faxed: 2/2/16 | Carey, Hon. Richard J | | | |
| 02/01/2016 | 161 | | MEMORANDUM & ORDER: Defendant's Motion to Stay Sentence and Admit to Bail Faxed 2/1/16 | Carey, Hon. Richard J | | | |
| 01/21/2016 | | | Event Result: The following event: Conference to Review Status scheduled for 01/21/2016 02:00 PM has been resulted as follows: Result: Held as Scheduled Sara Adams - Court Reporter | Carey, Hon. Richard J | | | |
| 12/22/2015 | 160 | | ORDER: for special assignment | Fabricant, Hon. Judith | | | |
| 12/09/2015 | | | Matter taken under advisement The following event: Motion Hearing scheduled for 12/09/2015 03:00 PM has been resulted as follows: Result: Held - Under advisement; Alicia Cayode-Kyles - Court Reporter | Carey, Hon. Richard J | | | |
| 12/08/2015 | | | Habeas Corpus for defendant issued to MCI - Concord returnable for 12/09/2015 03:00 PM Motion Hearing. Please have defendant here by 9:00 a.m. | | | | |
| 12/01/2015 | 159 | | Attorney Peter A Velis, Esq.'s motion to withdraw as counsel of record for party Applies To: Commonwealth (Prosecutor) | | | | |
| 12/01/2015 | 158 | | Attorney Thomas A. Caldwell, Esq.'s motion to withdraw as counsel of record for party Applies To: Commonwealth (Prosecutor) | | | | |
| 12/01/2015 | 157 | | Attorney Kimberly Punsalan West, Esq.'s motion to withdraw as counsel of record for party Applies To: Commonwealth (Prosecutor) | | | | |
| 12/01/2015 | | | Appearance entered On this date Thomas A. Caldwell, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | | | | |
| 12/01/2015 | | | Appearance entered On this date Peter A Velis, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | | | | |
| 12/01/2015 | | | Event Result: The following event: Conference to Review Status scheduled for 12/01/2015 02:00 PM has been resulted as follows: Result: Held as Scheduled Sarah Adams - Court Reporter | Carey, Hon. Richard J | | | |
| 11/30/2015 | 156 | | | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|------------|-------|---|
| | | | Opposition to paper #155.0 motion for a new trial filed by Commonwealth | | | | |
| 11/30/2015 | 155 | | Defendant 's Motion for stay of execution of sentence | | | | |
| 11/30/2015 | | | Event Result: The following event: Conference to Review Status scheduled for 12/01/2015 02:00 PM has been resulted as follows: Result: Not Held Reason: Transferred to another session | Kinder, Hon. C.Jeffrey | | | |
| 11/05/2015 | | | Endorsement on Motion to join fellow evidentiary hearing defendant's, Erick Cotto,Jr., Jermaine Watt, Luis Yantin, Rafael Rodriguez, Wendell Richardson, Omar Harris, Hector Vargas, Daniel Knight and Bryant Ware and adopt and conform their motions and objections relevant to and during the hearing, (#154.0): ALLOWED | Kinder, Hon. C.Jeffrey | | | |
| 11/05/2015 | | | Event Result: The following event: Hearing on Motion for New Trial scheduled for 11/18/2015 09:00 AM has been resulted as follows: Result: Rescheduled Reason: Other event activity needed | Kinder, Hon. C.Jeffrey | | | |
| 11/05/2015 | | | Event Result: The following event: Conference to Review Status scheduled for 11/05/2015 02:00 PM has been resulted as follows: Result: Held as Scheduled | Kinder, Hon. C.Jeffrey | | | |
| 11/04/2015 | 154 | | Defendant 's Motion to join fellow evidentiary hearing defendant's, Erick Cotto,Jr., Jermaine Watt, Luis Yantin, Rafael Rodriguez, Wendell Richardson, Omar Harris, Hector Vargas, Daniel Knight and Bryant Ware and adopt and conform their motions and objections relevant to and during the hearing | | | | |
| 10/02/2015 | | | Endorsement on Motion to designate Attorney Rebecca Jacobstein as lead counsel for consolidated evidentiary hearing, (#153.0): ALLOWED | Kinder, Hon. C.Jeffrey | | | |
| 10/02/2015 | 153 | | Defendant 's Joint Motion to designate Attorney Rebecca Jacobstein as lead counsel for consolidated evidentiary hearing | | | | |
| 09/21/2015 | 152 | | ORDER: scheduling | Kinder, Hon. C.Jeffrey | | | |
| 09/08/2015 | | | Endorsement on Motion to impound non dissemination motion, (#151.0): ALLOWED for the reasons stated herein until further Order of the Court | Kinder, Hon. C.Jeffrey | | | |
| 09/08/2015 | 151 | | Commonwealth 's Motion to impound dissmenation motion | | | | |
| 09/08/2015 | | | Event Result: The following event: Conference to Review Status scheduled for 09/08/2015 02:00 PM has been resulted as follows: | Kinder, Hon. C.Jeffrey | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|-----------|-------|---|
| | | | Result: Held as Scheduled Appeared: | | | | |
| 08/14/2015 | | | Endorsement on Motion to allow dissemination of information, (#150.0): ALLOWED | Kinder, Hon. C.Jeffrey | | | |
| 07/22/2015 | 150 | | Commonwealth 's Motion to allow dissemination of information | | | | |
| 07/13/2015 | | | Appearance entered On this date Kimberly Punsalan West, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | | | | |
| 07/13/2015 | | | Endorsement on Motion to intervene and allow a response to the defendants' post-conviction discovery motion, (#149.0): ALLOWED | Kinder, Hon. C.Jeffrey | | | |
| 07/13/2015 | 149 | | Commonwealth 's Motion to intervene and allow a repsonse to the defendants' post-conviction discovery motion | | | | |
| 07/13/2015 | | | Endorsement on Motion to allow dissemination of information, (#148.0): ALLOWED | Kinder, Hon. C.Jeffrey | | | |
| 07/13/2015 | 148 | | Commonwealth 's Motion to allow dissemination fo information | | | | |
| 07/13/2015 | | | Event Result: The following event: Conference to Review Status scheduled for 07/13/2015 02:00 PM has been resulted as follows: Result: Held as Scheduled Appeared: | Kinder, Hon. C.Jeffrey | | | |
| 07/13/2015 | 147 | | Rolando Penate's Memorandum in support of motion for discovery | | | | |
| 07/10/2015 | 146.1 | | Affidavit filed by Defendant Rolando Penate in support of defendant's motion for new trial | | | | |
| 07/10/2015 | 146 | | Defendant 's Motion for discovery pursuant to Mass R Crim P 30(c)(4) | | | | |
| 07/09/2015 | | | Event Result: The following event: Status Review (JP Lab) scheduled for 07/13/2015 02:00 PM has been resulted as follows: Result: Not Held Reason: Transferred to another session | Rup, Hon. Mary-Lou | | | |
| 06/01/2015 | 145 | | Scheduling order (C. Jeffrey Kinder, Justice) | | | | |
| 05/21/2015 | 144 | | MOTION by Deft: for production of discovery information | | | | |
| 05/21/2015 | 143 | | Deft files memorandum of law in support of defendant's motion for a new trial | | | | |
| 05/21/2015 | 142.1 | | Affidavit of attorney in support of defendant's motion for a new trial | | | | |
| 05/21/2015 | 142 | | MOTION by Deft: for new trial | | | | |
| 05/21/2015 | 141 | | | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|------------|-------|--|
| | | | Deft files request for evidentiary hearing | | | | |
| 05/01/2015 | | | Transcript of testimony received 1-CD dated 10/02/13 Transcript of proceedings from Court Reporter Cayode, Alicia T. | | | | |
| 04/23/2015 | 140 | | Court Reporter Cayode, Alicia T. is hereby notified to prepare one copy of the transcript of the evidence of 10/02/2013 | | | | |
| 02/23/2015 | 139 | | At Appeals Court, Boston: Notice of Docket Entry: RE#4: Allowed. Appellate proceedings are stayed to 4/16/15. The defendant is granted leave to file, and the trial court leave to consider, a motion for new trial. On or before 4/16/15, the defendant shall file a status report detailing the progress on drafting and filing the new trial motion. *Notice/Attest. | | | | |
| 01/20/2015 | 138 | | Notice of Entry of appeal received from the Appeals Court | | | | |
| 01/08/2015 | 137 | | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) | | | | |
| 10/20/2014 | | | Transcript of testimony received ON CD dated 12/16/13 Transcript of proceedings from Court Reporter Donnellan, Judith L | | | | |
| 10/20/2014 | | | Transcript of testimony received ON CD dated 12/10/13 Transcript of proceedings from Court Reporter Donnellan, Judith L | | | | |
| 10/20/2014 | | | Transcript of testimony received 1-CD dated 12/9/13 Transcript of proceedings from Court Reporter Donnellan, Judith L | | | | |
| 05/02/2014 | | | Transcript of testimony received 1-CD dated 12/13/13 Transcript of proceedings from Court Reporter Flaherty, Patricia A. | | | | |
| 04/18/2014 | | | Transcript of testimony received ON CD from 11/16/12 from Transcript of proceedings from Court Reporter Javs Hampden CtRm 5 | | | | |
| 04/18/2014 | | | Transcript of testimony received 1-CD dated 8/30/12 from Transcript of proceedings from Court Reporter Foulks, Amy (DIGITAL RECORDING DEVICE) | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|-----------|-------|
| 04/10/2014 | 136 | | Appointment of Counsel Jennifer Appleyard, pursuant to Rule 53 | | | |
| 04/08/2014 | 135 | | Notice of assignment of counsel filed. | | | |
| 04/03/2014 | | | Transcript of testimony received ON CD dated 12/12/13 Transcript of proceedings from Court Reporter Marzano (Santos), Elizabeth | | | |
| 04/03/2014 | | | Transcript of testimony received ON CD dated 12/11/13 Transcript of proceedings from Court Reporter Marzano (Santos), Elizabeth | | | |
| 04/03/2014 | | | Transcript of testimony received ON CD dated 7/22/13 Transcript of proceedings from Court Reporter Marzano (Santos), Elizabeth | | | |
| 04/03/2014 | | | Transcript of testimony received 1-CD dated 11/19/12 Transcript of proceedings from Court Reporter Marzano (Santos), Elizabeth | | | |
| 02/18/2014 | 134 | | Notice of assignment of counsel filed. (Tina S. Page, Justice) | | | |
| 02/04/2014 | | | MOTION (P#128) Pls. refer to CPCS Appellate Division (Tina S. Page, Justice) | | | |
| 02/04/2014 | | | MOTION (P#127) allowed (Tina S. Page, Justice) | | | |
| 02/04/2014 | | | Court Reporter Donnellan, Judith L is hereby notified to prepare one copy of the transcript of the evidence of 12/16/2013 | | | |
| 02/04/2014 | 133 | | Court Reporter Flaherty, Patricia A. is hereby notified to prepare one copy of the transcript of the evidence of 12/13/2013 | | | |
| 02/04/2014 | | | Court Reporter Marzano (Santos), Elizabeth is hereby notified to prepare one copy of the transcript of the evidence of 12/12/2013 | | | |
| 02/04/2014 | | | Court Reporter Marzano (Santos), Elizabeth is hereby notified to prepare one copy of the transcript of the evidence of 12/11/2013 | | | |
| 02/04/2014 | | | Court Reporter Donnellan, Judith L is hereby notified to prepare one copy of the transcript of the evidence of 12/10/2013 | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|------------|-------|
| 02/04/2014 | 132 | | Court Reporter Donnellan, Judith L is hereby notified to prepare one copy of the transcript of the evidence of 12/09/2013 | | | |
| 02/04/2014 | | | Court Reporter Marzano (Santos), Elizabeth is hereby notified to prepare one copy of the transcript of the evidence of 07/22/2013 | | | |
| 02/04/2014 | 131 | | Court Reporter Marzano (Santos), Elizabeth is hereby notified to prepare one copy of the transcript of the evidence of 11/19/2012 | | | |
| 02/04/2014 | 130 | | Court Reporter Javs Hampden CtRm 5 is hereby notified to prepare one copy of the transcript of the evidence of 11/16/2012 | | | |
| 02/04/2014 | 129 | | Court Reporter Foulks, Amy (DIGITAL RECORDING DEVICE) is hereby notified to prepare one copy of the transcript of the evidence of 08/30/2012 | | | |
| 12/20/2013 | 128 | | MOTION by Deft: to Appoint Counsel N. | | | |
| 12/20/2013 | 127 | | MOTION by Deft: to Withdraw as Counsel N. | | | |
| 12/20/2013 | 126 | | NOTICE of APPEAL FILED by Rolando Penate N. | | | |
| 12/20/2013 | 125 | | MOTION by Deft: to Rivise and Revoke N | | | |
| 12/16/2013 | 124 | | Exhibits | | | |
| 12/16/2013 | | | Oral request for a stay of execution of the sentence is denied (Page, J.) | | | |
| 12/16/2013 | | | Notified of right of appeal under Rule 65 | | | |
| 12/16/2013 | | | Notified of right of appeal under Rule 64 | | | |
| 12/16/2013 | | | Defendant warned per Chapter 22E Sec. 3 of DNA | | | |
| 12/16/2013 | | | Commonwealth waives victim witness assessment and drug assessment fees | | | |
| 12/16/2013 | | | Sentence credit given as per 279:33A: 763 days by agreement | | | |
| 12/16/2013 | 123 | | Defendant sentenced on Count 5 to MCI - | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|-----------|-------|
| | | | Cedar Junction for not more than 7 years and not less than 5 years (Tina S. Page, Justice) | | | |
| 12/16/2013 | 122 | | Finding on plea of guilty on subsequent portion of Count 5 (Tina S. Page, Justice) | | | |
| 12/16/2013 | | | RE: offense #5: Guilty plea to subsequent portion | | | |
| 12/16/2013 | | | MOTION (P#121) denied (Tina S. Page, Justice) | | | |
| 12/16/2013 | 121 | | MOTION by Deft: for required finding of not guilty pursuant to Mass. R. Crim. P. 25 (b)(2) | | | |
| 12/13/2013 | 120 | | Request for Interpreter by Rolando Penate | | | |
| 12/13/2013 | 119 | | Bail: mittimus issued | | | |
| 12/13/2013 | | | Bail revoked | | | |
| 12/13/2013 | 114 | | RE Offense 1:Not guilty verdict | | | |
| 12/13/2013 | 118 | | RE Offense 9:Not guilty verdict | | | |
| 12/13/2013 | 115 | | RE Offense 3:Not guilty verdict | | | |
| 12/13/2013 | 117 | | RE Offense 7:Not guilty verdict | | | |
| 12/13/2013 | | | MOTION (P#113) allowed (Tina S. Page, Justice) | | | |
| 12/13/2013 | 113 | | Ex parte MOTION by Deft: for additional funds for ballistics expert and Affidavit | | | |
| 12/13/2013 | 116 | | RE Offense 5:Guilty verdict | | | |
| 12/11/2013 | | | RE Offense 13:Not guilty finding | | | |
| 12/11/2013 | | | RE Offense 12:Not guilty finding | | | |
| 12/11/2013 | | | RE Offense 11:Not guilty finding | | | |
| 12/11/2013 | | | MOTION (P#112) allowed as to Counts 11, 12 and 13 (see pleading) (Tina S. Page, Justice) | | | |
| 12/11/2013 | 112 | | MOTION by Deft: for a required finding of not guilty at the close of the Commonwealth's case | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|-----------|-------|---|
| 12/11/2013 | 111 | | Request for Interpreter by Rolando Penate, cancellation, then Reuqest for Interpreter | | | | |
| 12/11/2013 | 110 | | Request for Interpreter by Rolando Penate | | | | |
| 12/10/2013 | | | Interpreter present: McDonald, Enrique in morning, Interpreter Iia Cormier begins at noon; Enrique McDonald returns at 12:48PM | | | | |
| 12/10/2013 | 109 | | Request for Interpreter by Rolando Penate | | | | |
| 12/10/2013 | | | Parties agree to stipulation (Page, J.) | | | | |
| 12/10/2013 | | | MOTION (P#106) allowed without objection (Tina S. Page, Justice). | | | | |
| 12/09/2013 | 108 | | Request for Interpreter by Rolando Penate | | | | |
| 12/09/2013 | | | Jurors selected | | | | |
| 12/04/2013 | 107 | | Request for Interpreter by Rolando Penate | | | | |
| 12/04/2013 | 106 | | MOTION by Deft: in Limine to Preclude Testimony Regarding So-Called Confidential and Reliable Informant | | | | |
| 12/02/2013 | 105 | | Deft files Proposed pre-charge on eyewitness identification | | | | |
| 12/02/2013 | 104 | | Deft files: Amended Witness List | | | | |
| 12/02/2013 | 103 | | Deft files: Opposition to Commonwealth's Motion in Limine | | | | |
| 12/02/2013 | 102 | | MOTION by Deft: for Protective Order for Afternoon of December 12, 2013 | | | | |
| 12/02/2013 | 101 | | Attorney General's Office files memorandum of law in support of Attorney General's motion to quash summons served on | | | | |

| Date | Ref | Journal Book | | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|--|-------------|-------|------------|-------|--|
| | | | | Sergeant Joseph F. Ballou | | | | |
| 12/02/2013 | 100 | | | MOTION by Attorney General's Office: to quash subpoena for Sergeant Joseph Ballou | | | | |
| 12/02/2013 | 99 | | | Attorney General's office files memorandum of law in support of Attorney General's motion to quash summons served on Assistant Attorney General Anne Kaczmarek | | | | |
| 12/02/2013 | 98 | | | MOTION by Attorney General's Office: to quash subpoena for AAG Anne Kaczmarek | | | | |
| 11/26/2013 | | | | Case held in Session- Ready for trial | | | | |
| 11/25/2013 | | | | MOTION (P#97) allowed (John S. Ferrara, Justice) | | | | |
| 11/25/2013 | 97.1 | | | Affidavit | | | | |
| 11/25/2013 | 97 | | | Commonwealth files Request for Protective Order | | | | |
| 11/22/2013 | 96 | | | Commonwealth files amended trial witness list | | | | |
| 11/22/2013 | | | | RE Offense 10:Nolle prosequi | | | | |
| 11/22/2013 | | | | RE Offense 8:Nolle prosequi | | | | |
| 11/22/2013 | | | | RE Offense 6:Nolle prosequi | | | | |
| 11/22/2013 | | | | RE Offense 4:Nolle prosequi | | | | |
| 11/22/2013 | 95 | | | RE Offense 2:Nolle prosequi | | | | |
| 11/22/2013 | 94 | | | Deft files Proposed Voir Dire Questions | | | | |
| 11/22/2013 | 93 | | | MOTION by Deft: for Individual Voir Dire of Prospective Jurors | | | | |
| 11/22/2013 | 92 | | | MOTION by Deft: In Limine to Exclude the "Soft Expert" Testimony of Jamie Bruno | | | | |
| 11/22/2013 | 91 | | | MOTION by Deft: In Limine to Preclude Testimony Regarding Auditory Observations made | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|------------|-------|
| | | | while Monitoring Audio Device used by Undercover Officer without a Warrant in a Private Home | | | |
| 11/22/2013 | 90 | | MOTION by Deft: for Sequestration of Witnesses | | | |
| 11/22/2013 | | | MOTION (P#89) allowed (John S. Ferrara, Justice). | | | |
| 11/22/2013 | 89 | | MOTION by Deft: for Protective Order for November 27 and November 29,2013 | | | |
| 11/22/2013 | | | MOTION (P#88) allowed (John S. Ferrara, Justice) | | | |
| 11/22/2013 | 88 | | Deft files Emergency Motion to Compel Discovery | | | |
| 11/22/2013 | 87 | | MOTION by Deft: In Limine to Preclude Testimony Regarding the Results of any Forensic Testing Performed on Purported Narcotics or in the Alternative, the results of any Forensic Testing Performed by Sonja Farak | | | |
| 11/22/2013 | 86 | | MOTION by Commonwealth: InLimine | | | |
| 11/22/2013 | | | MOTION (P#85) Commonwealth assents to motion and is going to file Nolle Prosquies with respect to these counts (John S. Ferrara, Justice). | | | |
| 11/22/2013 | 85 | | MOTION by Deft: to Reconsider Denial of Motion to Dismiss Counts Two, Four, Six, Eight and Ten in light of Commonwealth V. Bradley, SJC 11457 (Nov. 21, 2013) | | | |
| 11/19/2013 | 84 | | MOTION by Deft: for Protective Order for November 27 and November 29, 2013 | | | |
| 11/13/2013 | 83 | | Deft files anticipated witness list | | | |
| 11/13/2013 | 82 | | Filed: Joint Pre-Trial Memorandum | | | |
| 11/04/2013 | 81 | | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|---|---|---|---|---|---|---|
| | | | MEMORANDUM of DECISION and ORDER on Defendant's Motion to Dismiss Counts 1-10 and 13 N. 11/5/13 | | | |
| 11/04/2013 | 80 | | Commonwealth files Anticipated Witness List | | | |
| 10/29/2013 | | | MOTION (P#78 and 79) allowed (Kinder, J.) N. | | | |
| 10/28/2013 | 79 | | Ex parte Request by Deft: for additional fees and costs pursuant to M.G.L. CH. 261, sec 27C(4) for private investigator and Affidavit | | | |
| 10/28/2013 | 78 | | MOTION by Deft: for funds to pay for daily copy of transcript of evidentiary hearing in parallel proceeding | | | |
| 10/23/2013 | 77 | | ORDER Clarifying Partial Allowance of Defendant's Rule 17 Motion for Production of Documents (Kinder, Justice) N 10-23-13 | | | |
| 10/22/2013 | 76.1 | | Massachusetts Attorney General's Office's Motion for Clarification of Order for Production Dated October 2, 2013 | | | |
| 10/22/2013 | | | MOTION (P#76) allowed (Tina S. Page, Justice). | | | |
| 10/21/2013 | 76 | | MOTION by Deft: for funds to pay for daily copy of transcript of evidentiary hearing in parallel proceeding | | | |
| 10/10/2013 | 75 | | MOTION by Deft: to Expand Time Permitted to Access Amherst Laboratory | | | |
| 10/10/2013 | 74 | | MOTION by Deft: for Funds to Pay for Daily Copy of Transcript of Evidentiary Hearing in Parallel Proceeding | | | |
| 10/08/2013 | 73 | | Non-Party Massachusetts | | | |

Case 3:17-cv-30119-KAR   Document 78-8   Filed 01/17/18   Page 21 of 27

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|------------|-------|---|
| | | | Department of State Police's Opposition To Defendant's Motion for Access to the Amherst Lab. | | | | |
| 10/02/2013 | | | MOTION (P#71) denied (see pleading) (Kinder, J.) N. | | | | |
| 10/02/2013 | 72 | | AG's Office files Memorandum of law in support of Attorney General's Motion to quash summons served on Sergeant Joseph F. Ballou | | | | |
| 10/02/2013 | 71 | | MOTION by AG's Office to quash subpoena for Sergeant Joseph Ballou | | | | |
| 10/02/2013 | 70 | | Deft files Opposition to Motion of Attorney General to quash summons served as Assistant Attorney General Anne Kaczmarek | | | | |
| 10/02/2013 | | | MOTION (P#68) denied as moot, the parties having agreed that no evidence will be taken from Ms. Kaczmarek at this time (Kinder, J.) N. | | | | |
| 10/02/2013 | 69 | | AG's Office files Memorandum of law in support of Attorney General's Motion to quash summons served on Assistant Attorney General Anne Kaczmarek | | | | |
| 10/02/2013 | 68 | | MOTION by AG's Office to quash subpoena for AAG Anne Kaczmarek | | | | |
| 10/02/2013 | | | MOTION (P#67) denied (see pleading) (Kinder, J.) N. | | | | |
| 10/02/2013 | 67 | | MOTION by Deft: to inspect physical evidence | | | | |
| 10/02/2013 | 66 | | Opposition to the defendant's Rule 17 (a)(2) Motion for production | | | | |
| 10/02/2013 | 65 | | Opposition to the defendant's Rule 17 | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|------------|-------|---|
| | | | (a)(2) Motion for production | | | | |
| 10/02/2013 | 64 | | Opposition to the defendant's Rule 17 (a)(2) Motion for access to the Amherst Laboratory | | | | |
| 10/02/2013 | 63 | | Non-party, Massachusetts Department of State Police's opposition to defendant's Motion for Rule 17 summons | | | | |
| 10/02/2013 | | | MOTION (P#59) allowed (see pleading) (Kinder, J.) N. | | | | |
| 10/02/2013 | | | MOTION (P#55) allowed (see pleading) (Kinder, J.) N. | | | | |
| 09/18/2013 | 62 | | Request for Interpreter by Rolando Penate | | | | |
| 09/16/2013 | | | MOTION (P#60) allowed, See endorsement on following page. (C. Jeffrey Kinder, Justice) N. 9/17/13 | | | | |
| 09/16/2013 | 61 | | Deft files opposition to Nikki Lee's motion to quash and intent to invoke certain privileges | | | | |
| 09/13/2013 | 60 | | MOTION by Deft: to quash and notice of witness, Nikki Lee's, intent to invoke certain privileges | | | | |
| 09/11/2013 | | | MOTION (P#58) allowed (Richard Carey, Justice) | | | | |
| 09/11/2013 | 59 | | MOTION by Deft: For Access to Amherst Laboratory | | | | |
| 09/11/2013 | 58 | | MOTION by Deft: Amended Ex Parte Otion For Funds To Pay For Daily Copy of Transcript of Hearing on Motions For New Trial. | | | | |
| 09/10/2013 | 57 | | MOTION by Deft: for funds to pay for daily copy of transcript of hearing on Motion for new trial | | | | |
| 09/10/2013 | | | MOTION (P#54) allowed (Richard Carey, Justice) | | | | |

| Date | Ref | Journal Book | | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|--|-------------|-------|------------|-------|--|
| 09/06/2013 | 56 | | | Deft files Memorandum of law in support of defendant's Motion to compel production of documentary evidence pursuant to Mass. R. Crim. 17 (a)(2) | | | | |
| 09/06/2013 | 55.1 | | | Affidavit of counsel in support of defendant's Motion to compel production of documentary evidence pursuant to Mass. R. Crim. 17 (a)(2) | | | | |
| 09/06/2013 | 55 | | | MOTION by Deft: to compel production of documentary evidence pursuant to Mass. R. Crim. 17 (a)(2) | | | | |
| 09/04/2013 | 54 | | | MOTION by Deft: for additional fees and costs pursuant to G.L. c. 261, Sec. 27C(4) for drug analyst & affidavit | | | | |
| 09/04/2013 | 53 | | | Request for Interpreter by Rolando Penate | | | | |
| 09/04/2013 | 52 | | | Request for Interpreter by Rolando Penate | | | | |
| 08/27/2013 | 51 | | | MEMORANDUM & Scheduling ORDER (Rup, J.)N. | | | | |
| 08/27/2013 | 50 | | | Request for Interpreter by Rolando Penate | | | | |
| 08/27/2013 | 49 | | | Pre-trial conference report filed | | | | |
| 08/27/2013 | 48 | | | Commonwealth files Response to defendant's Motion to suppress and/or dismiss for egregious government conduct | | | | |
| 08/27/2013 | 47 | | | Appearance of Atty. Marissa Elkins for Nikki Lee (witness) | | | | |
| 08/05/2013 | 46 | | | Request for Interpreter by Rolando Penate | | | | |
| 07/23/2013 | 45 | | | MEMORANDUM on defendant's Motion to dismiss and Motion in limine to preclude evidence | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|------------|-------|
| | | | of expert visual identification of purported narcotics (Mary Lou Rup, Justice) N. | | | |
| 07/23/2013 | | | MOTION (P#42 and #43) (See Judge's Memorandum) (Rup, J.) N. | | | |
| 07/22/2013 | 44 | | Commonwealth files Memorandum im support of offering proof of controlled substances through police expert | | | |
| 07/22/2013 | | | Interpreter present: Torres, Sylvia on 7/22/2013 | | | |
| 07/22/2013 | | | Hearing on (P#42) held, matter taken under advisement (Mary Lou Rup, Justice) | | | |
| 07/18/2013 | 43 | | MOTION by Deft: In Limine to Preclude Introduction of "Expert" Visual Identification of Purported Narcotics | | | |
| 07/15/2013 | 42 | | Deft files Memorandum of Law in Support of Defendant's Motion to Dismiss Counts One through Ten and Thirteen | | | |
| 06/14/2013 | | | MOTION (P#41) (See Pleading) (Constance M. Sweeney, Justice) | | | |
| 06/04/2013 | | | MOTION (P#41) allowed by agreement (McDonough, Justice) | | | |
| 06/04/2013 | 41 | | MOTION by Deft: to continue | | | |
| 05/16/2013 | 40 | | Request for Interpreter by Rolando Penate | | | |
| 05/14/2013 | 39 | | Second MOTION by Deft: to compel | | | |
| 03/20/2013 | 38 | | Request for Interpreter by Rolando Penate | | | |
| 03/19/2013 | 37 | | MOTION by Deft: to Preclude Introduction of Visual Identification of Purported Narcotics and or Results of any Presumptive Testing | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|------------|-------|
| 03/19/2013 | 36 | | Agreement on Discovery motions | | | |
| 03/19/2013 | | | MOTION (P#32) allowed (Richard J. Carey, Justice). | | | |
| 03/13/2013 | 35 | | Commonwealth files Anticipated Witness List | | | |
| 03/13/2013 | 34 | | Request for Interpreter by Rolando Penate | | | |
| 02/26/2013 | 33 | | Exhibits - Motion to suppress hearing | | | |
| 02/15/2013 | 32 | | Deft files request to change name of record for ballistics expert | | | |
| 01/23/2013 | 31 | | Order for Transcript Cancelled Javs Hampden CtRm 5 for event on 11/16/2012 | | | |
| 01/22/2013 | 30 | | At SJC, for Suffolk County: Notice of Docket Entry: ORDER:..."it is ORDERED that the defendant's application for leave to pursue an interlocutory appeal be, and hereby is, denied." (Duffly,J.) | | | |
| 01/04/2013 | | | MOTION (P#29) allowed (C.J. Moriarty, Justice) | | | |
| 01/04/2013 | 29 | | MOTION by Deft: to continue and Affidavit | | | |
| 12/19/2012 | | | Transcript of testimony received 1-CD dated 11/19/12 Transcript of proceedings from Court Reporter Marzano (Santos), Elizabeth | | | |
| 12/12/2012 | | | MOTION (P#25) Defendant's motion that the trial be stayed pending determination of the defendant's appeal on the motion to suppress is denied (Richard J. Carey, Justice) | | | |
| 12/11/2012 | 28 | | Court Reporter Marzano (Santos), Elizabeth is hereby notified to prepare one copy of the transcript of the | | | |

Production 3.18.01 – CourtView Justice Solutions                                    Page 25 of 28

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image |
|------|-----|--------------|-------------|-------|------------|-------|
| | | | evidence of 11/19/2012 | | | |
| 12/11/2012 | 27 | | Court Reporter Javs Hampden CtRm 5 is hereby notified to prepare one copy of the transcript of the evidence of 11/16/2012 | | | |
| 11/29/2012 | 26 | | Notice of Interlocutory Appeal filed by Rolando Penate N. 12/11/12 | | | |
| 11/29/2012 | 25 | | MOTION by Deft: to Stay Court Proceedings N. 12/11/12 | | | |
| 11/28/2012 | 24 | | Request for Interpreter by Rolando Penate | | | |
| 11/26/2012 | | | MOTION (P#20) denied - See findings (Richard J. Carey, Justice) N. | | | |
| 11/26/2012 | 23 | | FINDINGS of FACT, RULINGS of LAW and Order on defendant's Motion to suppress (Richard J. Carey, Justice) N. | | | |
| 11/16/2012 | 22 | | Commonwealth files Response to defendant's Motion to suppress | | | |
| 11/15/2012 | 21 | | Deft files Memorandum of law in support of defendant's Motion to suppress evidence | | | |
| 11/15/2012 | 20.1 | | Affidavit of counsel in support of defendant's Motion to suppress evidence | | | |
| 11/15/2012 | 20 | | MOTION by Deft: to suppress evidence | | | |
| 11/14/2012 | 19 | | Request for Interpreter by Rolando Penate | | | |
| 11/13/2012 | 18 | | Deft files Memorandum of law in support of defendant's Motion to suppress evidence | | | |
| 11/13/2012 | 17.1 | | Affidavit of counsel in support of defendant's Motion to suppress evidence | | | |
| 11/13/2012 | 17 | | | | | |

| Date | Ref | Journal Book | Docket Text | Judge | Amount Due | Image | |
|------|-----|--------------|-------------|-------|------------|-------|---|
| | | | Counts Two, Four, Six, Eight, Ten, Eleven, Twelve, and Thirteen | | | | |
| 08/08/2012 | 6.1 | | Deft files Affidvit of Counel in Support of Motion to Dismiss counts Two, Four, Sic, Ten, Eleven, Twelve, and Thirteen | | | | |
| 08/08/2012 | 6 | | MOTION by Deft: to Dismiss counts Two, Four, Six , Eight, Ten, Eleven, Twelve and Thirteen | | | | |
| 06/25/2012 | | | Interpreter present | | | | |
| 06/25/2012 | 5 | | Pre-trial conference report filed (see pleading) (Page, J.) | | | | |
| 02/10/2012 | 4 | | Bail: mittimus issued | | | | |
| 02/10/2012 | | | Tracking deadlines Active since return date | | | | |
| 02/10/2012 | | | Assigned to Track "B" see scheduling order | | | | |
| 02/10/2012 | | | Bail warning read (Carey, J.) | | | | |
| 02/10/2012 | | | Bail set: $50,000.00 cash / $500,000.00 surety without prejudice (Carey, J.) | | | | |
| 02/10/2012 | | | RE Offense 13:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 12:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 11:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 10:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 9:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 8:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 7:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 6:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 5:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 4:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 3:Plea of not guilty | | | | |
| 02/10/2012 | | | RE Offense 2:Plea of not guilty | | | | |
| 02/10/2012 | | | | | | | |