UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROLANDO PENATE, | ) | |
|     Plaintiff, | ) | |
| | ) | C.A. No. 1:17-30119-KAR |
| V. | ) | |
| | ) | |
| ANNE KACZMAREK, KRIS FOSTER, | ) | |
| RANDALL RAVITZ, JOSEPH BALLOU, | ) | |
| ROBERT IRWIN, RANDY THOMAS, | ) | |
| SONJA FARAK, SHARON SALEM, | ) | |
| JAMES HANCHETT, JULIE NASSIF, | ) | |
| LINDA HAN, ESTATE OF KEVIN | ) | |
| BURNHAM, STEVEN KENT, JOHN | ) | |
| WADLEGGER, GREGG BIGDA, EDWARD | ) | |
| KALISH and CITY OF SPRINGFIELD, | ) | |
|     Defendants. | ) | |

MOTION TO WITHDRAW AS COUNSEL

      I, Sheila E. McCravy, attorney of record, respectfully request this Honorable Court, pursuant to Mass.R.Crim.P. 7, allow me to withdraw as counsel in the above-entitled matter.

                    Respectfully submitted,
                    For the Defendant,
                    ROBERT IRWIN,

                    By his Attorney,

                    LAW OFFICES OF TIMOTHY M. BURKE

Dated: 09/06/2018          /s/ Sheila E. McCravy
                    Sheila E. McCravy, Esq., BBO # 628589
                    160 Gould Street, Suite 100
                    Needham, MA 02494
                    (781) 455-0707

<u>Certificate of Service</u>

I hereby certify that these documents were filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed via first class mail to those registered as non-participants.

Dated: 09/06/2018              /s/ Sheila E. McCravy