UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROLAND PENATE, | ) | Civil Action No.: 3:17-30119-KAR |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| ANNE KACZMAREK, KRIS FOSTER, | ) | |
| RANDALL RAVITZ, JOSEPH BALLOU, | ) | |
| ROBERT IRWIN, RANDY THOMAS, | ) | |
| SONJA FARAK, SHARON SALEM, | ) | |
| JAMES HANCHETT, JULIE NASSIF, | ) | |
| LINDA HAN, ESTATE OF KEVIN | ) | |
| BURNHAM, STEVEN KENT, JOHN | ) | |
| WADLEGGER, GREGG BIGDA, | ) | |
| EDWARD KALISH, and | ) | |
| CITY OF SPRINGFIELD | ) | |
| Defendants | ) | |
|  | ) | |
|  | ) | |

## **JOINT MOTION FOR PROTECTIVE ORDER**

Now come the parties listed below and, pursuant to Fed. R. Civ. P. 26(c)(1), respectfully

request that this Honorable Court issue the Proposed Protective Order for Subpoenaed Materials

in the possession of the Attorney General's Office ("AGO"). (*See* Exhibit 1.) As reason therefor,

it is stated that certain of the materials at issue contain Criminal Offender Record Information

and other sensitive information, thereby making the issuance of a protective order appropriate in

this case.

PLAINTIFF ROLANDO PENATE,


By /s/ Luke Ryan_____
His Attorneys
LUKE RYAN, BBO# 664999
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, Third Floor
Northampton, MA 01060
(413) 586-4800
lryan@strhlaw.com

/s/ Paul Rudof
PAUL RUDOF, BBO# 643765
ELKINS, AUER, RUDOF & SCHIFF
31 Trumbull Rd, Suite B
Northampton, MA 01060
(413) 341-2131
paulrudof@elkinslawllc.com


DEFENDANT CITY OF SPRINGFIELD,


By /s/ Edward Pikula_____
Its Attorney
EDWARD PIKULA, BBO# 399770
City Solicitor
LAW DEPARTMENT, CITY OF
SPRINGFIELD
1600 East Columbus Ave.
Springfield, MA 01103
(413) 787-6085
epikula@springfieldcityhall.com



DEFENDANT STEVEN KENT,


By /s/ Andrew Gambaccini
His Attorney
ANDREW GAMBACCINI, BBO# 654690
REARDON, JOYCE & AKERSON, P.C
4 Lancaster Terrace
Worcester, MA 01609
(508) 754-7285
agambaccini@rja-law.com

2

DEFENDANT JOHN WADLEGGER,


By /s/ Lisa deSousa
His Attorney
LISA DESOUSA, BBO# 546115
LAW DEPARTMENT, CITY OF
SPRINGFIELD
1600 East Columbus Ave.
Springfield, MA 01103
(413) 886-5206
ldesousa@springfieldcityhall.com

DEFENDANTS GREGG BIGDA AND
EDWARD KALISH,


By /s/ Kevin Coyle
Their attorney,
KEVIN COYLE, BBO#103540
1299 Page Boulevard
Springfield, MA 01104
(413) 787-1524
attycoyle@aol.com

3

DEFENDANT ANNE KACZMAREK,


By /s/ David H. Rich
Her Attorneys
DAVID H. RICH, BBO# 634275
MARIA DAVIS, BBO# 675447
TODD & WELD, LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
drich@toddweld.com
mdavis@toddweld.com


DEFENDANT JOSEPH BALLOU,


By /s/ Joseph G. Donnellan
His Attorney
JOSEPH G. DONNELLAN, BBO# 558060
ROGAL & DONNELLAN, P.C.
100 River Ridge Drive, Suite 203
Norwood, Massachusetts 02062
(781) 255-1200
jdonnellan@rogalanddonnellan.com


DEFENDANT RANDY THOMAS,


By /s/ Joseph. P. Kittredge
His Attorneys
JOSEPH P. KITTREDGE, BBO# 548841
LORENA GALVEZ, BBO# 699141
RAFANELLI KITTREDGE, P.C.
One Keefe Road
Acton, MA 01720
978-369-6001
JKittredge@rkpclaw.com
LGalvez@rkpclaw.com

4

DEFENDANT ROBERT IRWIN,


By /s/ Timothy Burke
His Attorneys
TIMOTHY BURKE
JARED BURKE
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 100
Needham, MA 02494
(781) 455-0707
tburke@timburkelaw.com
burkejared@gmail.com


## CERTIFICATE OF SERVICE

I, LUKE RYAN, hereby state that the foregoing was filed through the ECF system and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 4, 2020. A paper copy of the foregoing was sent to Sonja Farak by first-class mail to P.O. Box 192, Easthampton, MA 01027.

/s/ Luke Ryan
BBO#664999
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd floor
Northampton, MA 01060
(413) 586-4800
lryan@strhlaw.com


## CERTIFICATION PURSUANT TO FED. R. CIV. P. 37 AND U.S. DIST. CT. RULES, D. MASS., LOCAL RULES 7.1(A)(2), 26.2(C), AND 37.l(A)-(B)

Plaintiff Rolando Penate, by and through undersigned counsel, hereby certifies that prior to filing this motion for a protective order, the Plaintiff complied with the provisions of the above-referenced rules by attempting to confer in good faith with Defendant Sonja Farak in a reasonable effort to reach agreement and/or narrow the areas of disagreement. Specifically, undersigned counsel sent Ms. Farak a copy of this pleading on July 24, 2020, along with a cover letter requesting her assent. As of today, August 4, 2020, undersigned counsel has not received a response to this correspondence.

/s/ Luke Ryan

5