UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROLANDO PENATE,
    Plaintiff

v.        CIVIL ACTION NO. 17-30119-KAR

JOSEPH BALLOU, ROBERT IWRIN and RAND THOMAS,
    Defendants

**JUDGMENT IN A CIVIL CASE**

ROBERTSON, , U.S.M.J.:

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendants' Joseph Ballou, Robert Irwin and Randy Thomas pursuant to the Memorandum and Order of the Court entered this date granting Defendant Joseph Ballou, Defendant Randy Thomas and Defendant Robert Irwin's Motions for Summary Judgment and denying the Plaintiff's Rolando Penate's Motion for Partial Summary Judgment against Defendants' Joseph Ballou, Robert Irwin and Randy Thomas.

ROBERT M. FARRELL,
CLERK OF COURT

Dated: June 17, 2022        By /s/ Mary Finn

(mef judgment.wpd - 3/7/2005)